David L. Mazaroli (DM-3929)
Attorney for Plaintiff
11 Park Place – Suite 1214
New York, NY 10007-2801
Tel. (212)267-8480
Fax. (212)732-7352
e-mail: dlm@mazarolilaw.com
-----------------------------------------------------------------x
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

| | |
|---|---|
| MITSUI SUMITOMO INSURANCE CO., LTD. :<br><br>               Plaintiff,       :<br><br>  - against -                     :<br><br>EVERGREEN MARINE CORP.; *et al.;*  :<br><br>               Defendants.   :  | 07 Civ. 3874 (CM)<br><br>**PLAINTIFF'S RULE 7.1<br>**<u>**DISCLOSURE STATEMENT**</u> |

-----------------------------------------------------------------x

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for a private nongovernmental corporate party discloses that the following are parent corporations of that party and the publicly held corporations that own 10% or more of the party's stock:

                              None

Date:  New York, New York
         May 16, 2007                    *s/David L. Mazaroli*

                                       _____
                                       David L. Mazaroli (DM 3929)
                                       Attorney for Plaintiff
                                       11 Park Place - Suite 1214
                                       New York, New York 10007
                                       Tel.: (212)267-8480
                                       Fax.: (212)732-7352
                                       E-mail: dlm@mazarolilaw.com
                                       File No.: 7MSI-1491