UNITED STATES DISTRICT COURT/SOUTHERN DISTRICT OF NEW YORK

MITSUI SUMITOMO INSURANCE CO. LTD.

Plaintiff(s)

- against -

EVERGREEN MARINE CORP. ET AL

Defendant(s)

Index #: 07 CIV 3874(MCMAHON)

Date Filed:

**AFFIDAVIT OF SERVICE**

Attorney File #1: 7MSI-1491

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

DAVID GOLDBERG BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on May 18, 2007 at 11:45 AM at

BY CT CORPORATION SYSTEM
111 8TH AVENUE
NEW YORK, NY10011

deponent served the within true copy of the SUMMONS & COMPLAINT on UNION PACIFIC RAILROAD CO., the defendant/respondent therein named,

CORPORATION by delivering thereat a true copy of each to MS. SABRINA AMBROSE personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & COMPLAINT as said defendant/respondent and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | BLACK | BLACK | 30 | 5'3 | 130 |

MAZAROLI
MAY 2 2 2007
LAW OFFICE

Sworn to me on: May 21, 2007

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin McLerman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

DAVID GOLDBERG
License #: 916033
Docket #: 479694