| | |
|---|---|
| MITSUI SUMITOMO INSURANCE CO. LTD. | Index #: 07 CIV 3874(MCMAHON) |
| Plaintiff(s) | |
| - against - | Date Filed: |
| EVERGREEN MARINE CORP. ET AL | **AFFIDAVIT OF SERVICE** |
| Defendant(s) | |
| | Attorney File #1: 7MSI-1491 |

STATE OF NEW YORK: COUNTY OF NEW YORK  ss:

DANIEL KNIGHT BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on May 30, 2007 at 01:58 PM at

C/O EVERGREEN AMERICA CORPORATION
ONE EVERTRUST PLAZA
JERSEY CITY, NJ07302

deponent served the within true copy of the SUMMONS & COMPLAINT on EVERGREEN MARINE CORP., the defendant/respondent therein named,

CORPORATION by delivering thereat a true copy of each to MS. LINDA TSUEI personally, deponent knew said corporation so served to be the corporation described in said SUMMONS & COMPLAINT as said defendant/respondent and knew said individual to be the GENERAL AGENT thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | YELLOW | BLACK | 43 | 5'5 | 120 |

MAZAROLI
MAY 3 1 2007
LAW OFFICE

Sworn to me on:  May 30, 2007

Linda Forman
Notary Public, State of New York
No. 01FO5031305
Qualified in New York County
Commission Expires August 1, 2010

Robin M. Forman
Notary Public, State of New York
No. 01FO6125415
Qualified in New York County
Commission Expires April 18, 2009

Larry Yee
Notary Public, State of New York
No. 01YE5015682
Qualified in New York County
Commission Expires July 26, 2009

**DANIEL KNIGHT**

Docket #: 479695