Barry N. Gutterman, Esq. (BG6410)
Robert Briere Esq. (RB6080)
Barry N. Gutterman & Associates, P.C.
Attorneys for Defendant
Union Pacific Railroad Company
60 East 42nd Street, 46th Floor
New York, New York  10165
(212) 983-1466

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MITSUI SUMITOMO INSURANCE CO., LTD.<br><br>Plaintiffs<br><br>v.<br><br>EVERGREEN MARINE CORPORATION and UNION PACIFIC RAILROAD COMPANY<br><br>Defendants. | ECF Case<br><br>07 CV 3874<br>(Judge McMahon)<br><br>LOCAL RULE<br>7.1 STATEMENT |

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and to enable the Judges and Magistrate Judges of the Court to evaluate possible disqualifications or recusal, the undersigned counsel for Defendant Union Pacific Railroad Company, a non-governmental, corporate party, certifies for purposes of Rule 7.1 only that the following are corporate parents of Union Pacific Railroad Company or publicly held corporations that own 10% or more of Union Pacific Railroad Company's stock:

**NONE**

Dated: New York, New York
June 7, 2007

           By:  /s/ <u>Barry N. Gutterman</u>
              Barry N. Gutterman, Esq. (BG6410)
              Robert Briere, Esq. (RB6080)
              Barry N. Gutterman & Associates, P.C.
              60 East 42nd Street, 46th Floor
              New York, New York  10165
              Phone: (212) 983-1466
              Fax: (212) 983-1229

              Attorneys for Defendant
              Union Pacific Railroad Company

To:  David L. Mazaroli (DM-2929)
    11 Park Place – Suite 1214
    New York, New York 10007-2801
    Phone: (212) 267-8480
    Fax: (212) 732-7352
    Attorneys for Plaintiff

    Evergreen Marine Corp.
    c/o Evergreen America Corporation
    One Evertrust Plaza
    Jersey City, New Jersey 07302

UP2718.7.1