8966/PMK
CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR
61 BROADWAY, SUITE 3000
NEW YORK, NEW YORK 10006
212-344-7042

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MITSUI SUMITOMO INSURANCE CO., LTD.<br><br>                    Plaintiff,<br><br>against<br><br>EVERGREEN MARINE CORPORATION and UNION PACIFIC RAILROAD CO.<br><br>                    Defendants. | 07 CV 3874<br>ECF<br><br><br>**EVERGREEN MARINE CORPORATION**<br>**RULE 7.1 STATEMENT** |

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable Judges and Magistrate Judges of the court to evaluate possible disqualification or recusal, the undersigned, counsel for EVERGREEN MARINE CORPORATION certifies that upon information and belief this Defendant has no corporate parents, subsidiaries, or affiliates which are publicly held other than Eva Airways.

Dated: June 19, 2007
      New York, New York

                                            Respectfully submitted,
                                            CICHANOWICZ, CALLAN, KEANE,
                                            VENGROW & TEXTOR, LLP
                                            *Attorneys for Evergreen Marine Corporation*

                                            By:   S/ Paul M. Keane (PMK-5934)
                                                    61 Broadway, Suite 3000
                                                    New York, NY 10006
                                                    Telephone: (212) 344-7042
                                                    Telefax: (212) 344-7285