Barry N. Gutterman, Esq. (BG6410)
Robert Briere Esq. (RB6080)
Barry N. Gutterman & Associates, P.C.
Attorneys for Defendant
Union Pacific Railroad Company
60 East 42nd Street, 46th Floor
New York, New York  10165
(212) 983-1466

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| MITSUI SUMITOMO INSURANCE CO., LTD.<br><br>Plaintiffs<br><br>v.<br><br>EVERGREEN MARINE CORPORATION and UNION PACIFIC RAILROAD COMPANY<br><br>Defendants. | **ECF Case**<br><br>**07 CV 3874**<br>**(Judge McMahon)** |

**UNION PACIFIC RAILROAD COMPANY'S**
**ANSWER AND AFFIRMATIVE DEFENSES**
**TO EVERGREEN MARINE CORPORATION'S CROSS-CLAIMS**

Defendant Union Pacific Railroad Company ("UP"), by its attorneys, Barry N. Gutterman & Associates, P.C., for its Answer and Affirmative Defenses to Evergreen Marine Corporation's ("Evergreen") Cross-Claims, states as follows:

1-41.   UP does not respond to paragraphs 1-41 as such allegations are not addressed to it.

42.   UP repeats and realleges its response to paragraphs 1-41 as its response to paragraph 42.

43.   UP denies the allegations contained in paragraph 43 of the Cross-Claims.

1

44. UP repeats and reallages its response to paragraphs 1-43 as its response to paragraph 44.

45. UP denies the allegations contained in paragraph 45 of the Cross-Claims.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE

46. To the extent that the plaintiff and Evergreen failed to meet the minimum filing requirements of filing a proper written claim within the time prescribed, this lawsuit is time barred.

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE

47. To the extent that Evergreen failed to file cross-claims within the period proscribed, their cross-claims are time barred.

### AS AND FOR A THIRD AFFIRMATIVE DEFENSE

48. The complaint and cross-claims fail to state a claim against UP on which relief may be granted.

### AS AND FOR A FOURTH AFFIRMATIVE DEFENSE

49. In the event that the plaintiff and/or Evergreen had not or has no title or interest in the shipment that is the subject of this action, then the plaintiff and/or Evergreen is not the real party in interest an is not entitled to maintain this suit.

### AS AND FOR A FIFTH AFFIRMATIVE DEFENSE

50. In the event that said shipment moved subject to any statutory or contractual limitations of liability, either specifically agreed to or contained in any applicable

tariffs and/or governing publications, the plaintiff and/or Evergreen may not recover in excess of such limitations.

### AS AND FOR A SIXTH AFFIRMATIVE DEFENSE

51. Plaintiff's common law claims are preempted by federal law.

### AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE

52. The bill of lading, tariffs and classifications and the governing publications do not contemplate responsibility for special damages.  To the extent, that plaintiff and/or Evergreen seeks recovery for special damages, UP is not responsible.

WHEREFORE, defendant Union Pacific Railroad Company demands judgment; (1) dismissing the Cross-Claims with prejudice, together with the costs, disbursements and reasonable attorneys fees; and (2) for such other or different relief as this Court may deem just and proper.

Dated:  New York, New York
       June 21, 2007

                    By:   /s/ Barry N. Gutterman
                          Barry N. Gutterman, Esq. (BG6410)
                          Robert Briere, Esq. (RB6080)
                          Barry N. Gutterman & Associates, P.C.
                          60 East 42nd Street, 46th Floor
                          New York, New York  10165
                          Phone: (212) 983-1466

                          Attorneys for Defendant
                          Union Pacific Railroad Company

To:    David L. Mazaroli, Esq. (DM-2929)

11 Park Place – Suite 1214
New York, New York 10007-2801
Phone: (212) 267-8480

Attorneys for Plaintiff


Jessica DeVivo, Esq. (JAD-6588)
Chichanowicz, Callan, Keane, Vengrow & Textor
61 Broadway, Suite 3000
New York, New York 10016
Phone: (212) 344-7042

Attorneys for Defendant Evergreen Marine Corporation


UP2718.aad.Evergreen.Cross Claims