UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
────────────────────────────── X

Mitsui Sumitomo Insurance Co. Ltd.,

        Plaintiff(s),

  -against-

Evergreen Marine Corporation,

        Defendant(s).

────────────────────────────── X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/12/07

07 Civ. 3874 (CM)(HBP)

ORDER OF REFERENCE
TO A MAGISTRATE JUDGE

The above entitled action is referred to the Honorable Henry B. Pitman, United States Magistrate Judge for the following purpose(s):

| | |
|---|---|
| ✓ General Pretrial (includes ~~scheduling~~, discovery, non-dispositive pretrial motions, and settlement | ___ Consent under 28 U.S.C. §636(c) for all purposes (including trial) |
| ___ Specific Non-Dispositive Motion/Dispute:* _____ _____ | ___ Consent under 28 U.S.C. §636(c) for limited purpose (e.g., dispositive motion, preliminary injunction |
| | Purpose: _____ |
| If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral: _____ | ___ Habeas Corpus |
| | ___ Social Security |
| ___ Settlement* | ___ Dispositive Motion (i.e., motion requiring a Report and Recommendation |
| ___ Inquest After Default/Damages Hearing | |
| | Particular Motion: _____ |
| | All such motions: _____ |

* Do not check if already assigned for general pretrial.

Dated: 7/11/07
New York, New York

SO ORDERED

_____
Hon. Colleen McMahon
United States District Judge