8966/PMK
CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR
61 BROADWAY, SUITE 3000
NEW YORK, NEW YORK 10006
212-344-7042

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MITSUI SUMITOMO INSURANCE CO., LTD.<br><br>       Plaintiff,<br><br>   against<br><br>EVERGREEN MARINE CORPORATION and UNION PACIFIC RAILROAD CO.<br><br>       Defendants. | 07 CV 3874 (CM-HBP)<br>ECF<br><br>NOTICE of<br>SUBSTITUTION OF COUNSEL |

   The undersigned hereby consent to the substitution of Gutterman and Associates for Cichanowicz, Callan, Keane, Vengrow and Textor, LLP as attorneys for Defendant Evergreen Marine Corporation in the above captioned case.

  Dated: New York, New York
     September 6, 2007


CICHANOWICZ, CALLAN, KEANE    GUTTERMAN & ASSOCIATES
VENGROW & TEXTOR

By:  s/ Paul M. Keane (PMK-5934)   By: s/ Barry Gutterman (BG-6410)
   Withdrawing Attorney        Superseding Attorney


So Ordered:

_____
Colleen McMahon, U.S.D.C.


Y:\ACTIVE JAD\8966.PMK.EMC.SDNY.derailment\Pleadings\Substitution of Counsel.doc