8966/PMK
CICHANOWICZ, CALLAN, KEANE, VENGROW & TEXTOR
61 BROADWAY, SUITE 3000
NEW YORK, NEW YORK 10006
212-344-7042

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| MITSUI SUMITOMO INSURANCE CO., LTD.<br><br>                    Plaintiff,<br><br>against<br><br>EVERGREEN MARINE CORPORATION and UNION PACIFIC RAILROAD CO.<br><br>                    Defendants. | 07 CV 3874 (CM-HBP)<br>ECF<br><br>NOTICE of<br>SUBSTITUTION OF COUNSEL |

     The undersigned hereby consent to the substitution of Gutterman and Associates for Cichanowicz, Callan, Keane, Vengrow and Textor, LLP as attorneys for Defendant Evergreen Marine Corporation in the above captioned case.

     Dated: New York, New York
           September 6, 2007

| | |
|---|---|
| CICHANOWICZ, CALLAN, KEANE VENGROW & TEXTOR | GUTTERMAN & ASSOCIATES |
| By: s/ Paul M. Keane (PMK-5934)<br>Withdrawing Attorney | By: s/ Barry Gutterman (BG-6410)<br>Superseding Attorney |

So Ordered:
_____
Colleen McMahon, U.S.D.C.

9-11-07

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/11/07

Y:\ACTIVE JAD\8966.PMK.EMC.SDNY.derailment\Pleadings\Substitution of Counsel.doc