## BARRY N. GUTTERMAN & ASSOCIATES, P.C.
ATTORNEYS AT LAW
THE LINCOLN BUILDING
60 EAST 42nd STREET, 46th FLOOR
NEW YORK, NEW YORK 10165
(212) 983-1466
FAX (212) 983-1229
e-mail: bngasso@aol.com

California Office:
12520 Magnolia Blvd., Suite 206
Valley Village, California 91607-2336

New Jersey Office:
33 Philhower Road
Lebanon, New Jersey 08833-4537

January 24, 2008

**VIA FACSIMILE (212) 805-6326**
Honorable Colleen McMahon
United States District Judge
United States Courthouse
500 Pearl Street
New York, New York 10007

**MEMO ENDORSED**

2.

Re: Mitsui Sumitomo Insurance Company, Ltd.
v. Union Pacific and Evergreen Marine Corp.
S.D.N.Y. 07 CIV. 3874 (CM)
Our File: UP-2718

### JOINT APPLICATION

Dear Judge McMahon:

OK
Colleen McMahon
1/24/08

Our office represents the defendants in this action which involves a claim for damage to an intermodal cargo shipment as a result of a derailment. I write to respectfully inform the Court that while progress has been made in narrowing certain issues, a short extension of the case management deadlines is needed to complete discovery.

Plaintiff's counsel joins in by respectfully requesting a forty five-day extension of the remaining case-management deadlines. For the Court's convenience annexed is a copy of the Case Management Plan presently in effect and a proposed Revised Case Management Plan. This is the second request for an extension of the case management plan. The Court's attention is appreciated.

Respectfully Submitted,

Barry Gutterman

BNG/jh
Encl. (6 pages)

cc: David L. Mazaroli, Esq.
(via e-mail: dlm@mazarolilaw.com w/encl.)
Attorney for Plaintiff

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/25/08
```