David L. Mazaroli (DM-3929)
Attorney for Plaintiff
11 Park Place – Suite 1214
New York, NY 10007-2801
Tel. (212)267-8480
Fax. (212)732-7352
----------------------------------------------------------------x

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x
          :

MITSUI SUMITOMO INSURANCE CO. LTD.

          :   07 Civ. 3874 (CM)

        Plaintiff,

          :   **DECLARATION OF**
             **DAVID CLIFTON**
  - against -        :   **IN SUPPORT OF PLAINTIFF'S**
             **MOTION FOR PARTIAL**
EVERGREEN MARINE CORPORATION;   :   **SUMMARY JUDGMENT**
UNION PACIFIC RAILROAD COMPANY;   :

        Defendants.    :
----------------------------------------------------------------x

I, David Clifton, declare as follows:

    1.    I am employed  as  Vice President of Asmo North Carolina, Inc. ("Asmo NC") and have been so employed since March 19, 1990. I respectfully submit this declaration in support of plaintiff's motion for partial summary judgment.

    2.    Asmo NC  was in 2006, and is at present,  in the business of  the manufacture, importation and distribution of motorized automotive components. As Vice President of Asmo NC I have overall  managerial responsibility for matters relating to the importation and distribution of automotive parts purchased by Asmo NC, including claims for damage to such shipments during transportation.

    3.    I am familiar with the shipment which is the subject of this action and the documents received and maintained by Asmo NC concerning the shipment and claim.

4.    In early 2006 Asmo North Carolina, Inc. ("Asmo NC") purchased from Asmo Co. Ltd. of Shizuoka Pref., Japan.  a shipment  of motors and motor parts (the "Shipment") intended  for  use  in  the  manufacture  of  new  passenger  vehicles. The Shipment included motors and parts for  power-window and power-braking systems.

5.    Annexed  hereto  as  **Exhibit 1**  is  a  copy  of  Asmo  Co.,  Ltd.  invoice XBC90391 for the Shipment  in the FOB Japan amount of $455,464.56.

6.    Annexed hereto as **Exhibit 2** is a copy of the Asmo Co., Ltd. packing list for the Shipment with attached pages which itemize the contents of the 165 cartons of motors and parts which made up the Shipment.

7.    As confirmed by the Asmo NC Payment Reference for September 26, 2006, copy annexed hereto as **Exhibit 3,**  the full FOB purchase price of $455,464.56 was paid by Asmo NC to Asmo Co. Ltd.

8.    Evergreen  Marine  Corporation  ("Evergreen")  was  hired  to  provide  the transportation for the shipment from Japan  to Asmo NC in Statesville, NC.  The freight charges for the transport were paid by Asmo, NC who,  as FOB purchaser,  had risk of loss and title to the shipment during  transport.

9.    Annexed  hereto  as  **Exhibit 4**  is a copy of  the face side of Evergreen Marine Corporation Sea Waybill EISU025643005523 for the Shipment.

10.    In early April 2006 Asmo NC was informed that the Shipment sustained damage due to a derailment in Arkansas. Although the Evergreen bill of lading shows that  the  Shipment  was  to  be  transported  in  containers  TRIU5559381  and UGMU8062288, when the damaged  items were delivered to Asmo NC they were carried in different Evergreen containers.  After investigations conducted by Asmo NC's quality

control personnel, and by a surveyor appointed on behalf of Asmo NC's cargo insurer, plaintiff Mitsui Sumitomo Insurance Co. ("Mitsui"), it was determined that the majority of the Shipment could not be used for intended automotive manufacturing purposes and that certain missing items were presumably lost at the derailment site.

11.    As a result of the derailment, Asmo NC suffered a loss in the amount of $382,415.06 based on the invoice value of the damaged and missing items. In addition, Asmo NC incurred incidental expenses, including fees for storage, segregation, and X-Ray inspections, in the amount of $3,650.64.

12.    Asmo-NC presented an insurance claim to Mitsui, who insured the Shipment during transport, for the cargo damage and loss caused by the derailment. The insurance claim of Asmo was paid by Mitsui in the amount of $422,129.33 based on the invoice value plus the insurance policy advance, the incidental expenses incurred, less the salvage proceeds of $10,777.20 which were deducted from the claim amount.

13.    Annexed hereto as **Exhibit 5** is a copy of the subrogation receipt I executed on behalf of Asmo NC in consideration for the $422,129.33 insurance claim payment by Mitsui.

14.    The documents included in Exhibits 1 through 5 of this declaration were maintained by Asmo NC in the regular and ordinary course of business.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on December 2/, 2007 at Statesville, North Carolina

David Clifton

3