# EXHIBIT 1

Clifton Decl.



# ASMO CO., LTD.

390 UMEDA, KOSAI CITY
SHIZUOKA PREF., JAPAN      81-53-572-3311

## INVOICE

INVOICE TO
ASMO NORTH CAROLINA, INC.
470 CRAWFORD ROAD, STATESVILLE,
NC. 28625-8504, U.S.A.

704-878-6663
704-872-9786

| | |
|---|---|
| INVOICE DATE | 2006/03/10 |
| B/L DATE | 2006/03/14 |
| INVOICE NO | XBC90391 |
| PAYMENT | OFFSET DUE ON THE END OF SEPTEMBER, 2006 |

| SHIPPED PER/VOY.NO. | 0204-076E | ON OR ABOUT | FROM | TO |
|---|---|---|---|---|
| EVER UNION | EVERGREEN | 2006/03/19 | SHIMIZU | STATESVILLE |

| CASE NOS SHIPPING MARK | DESCRIPTION | QUANTITY | UNIT PRICE | AMOUNT |
|---|---|---|---|---|
| ANC STATESVILLE MADE IN JAPAN c/o 5890 | AUTO PARTS *** DETAILS AS PER ATTACHED SHEET *** | | FOB JAPAN USD | |
| 165 CT | | 1,483,382 PCS | | 455,464.56 |
| | | | FOB JAPAN | 455,464.56 E✓ |

ASMO CO.LTD

M.ISHIGURO/MANAGER

H

Exhibit 1

```
                 I N V O I C E   A T T A C H E D   S H E E T              2006-03-09      P. 1
INVOICE NO. XBC90391
```

| ORDER ITEM | DESCRIPTION | ASMO PART NO (NET WEIGHT) | PKG CUSTOMER NO | Q'TY | UNIT PRICE (US$) | AMOUNT (US$) |
|---|---|---|---|---|---|---|
| 0102380 129 | MOTOR ASSY, W/HOLDER | 272700-0222 | 2727000222 | 216 PC | 6.78 | 1,464.48 |
| 0102380 037 | SHAFT, WORM | 062414-0020 | 0624140020 | 12,960 PC | 0.35 | 4,536.00 |
| 0102390 067 | CONTROL ASSY | 110710-0321 | 1107100321 | 1,248 PC | 12.10 | 15,100.80 |
| 0102390 108 | MOTOR ASSY, POWER WINDOW REGULATOR | 262100-2540 | 2621002540 | 1,080 PC | 6.56 | 7,084.80 |
| 0102390 109 | MOTOR ASSY, POWER WINDOW REGULATOR | 262100-2550 | 2621002550 | 2,880 PC | 6.56 | 18,892.80 |
| 0102390 112 | MOTOR ASSY, POWER WINDOW REGULATOR | 262100-4070 | 2621004070 | 1,800 PC | 6.57 | 11,826.00 |
| 0102390 126 | MOTOR ASSY, W/HOLDER | 272700-0060 | 2727000060 | 216 PC | 6.78 | 1,464.48 |
| 0102390 127 | MOTOR ASSY, W/HOLDER | 272700-0212 | 2727000212 | 756 PC | 6.91 | 5,223.96 |
| 0102400 001 | MOTOR ASSY, POWER WINDOW, W/SENSOR | 062040-2131 | 0620402131 | 252 PC | 8.78 | 2,212.56 |
| 0102400 010 | ARMATURE SUB-ASSY | 062110-0610 | 0621100610 | 35,100 PC | 0.83 | 29,133.00 |
| 0102400 012 | ARMATURE SUB-ASSY | 062110-1030 | 0621101030 | 7,800 PC | 1.05 | 8,190.00 |
| 0102400 013 | SHAFT, ARMATURE, 3W | 062117-0031 | 0621170031 | 10,000 PC | 0.36 | 3,600.00 |
| 0102400 042 | COLUMN, SUPPORTING | 062418-0140 | 0624180140 | 120,000 PC | 0.03 | 3,600.00 |
| 0102400 043 | COLUMN, SUPPORTING | 062418-0220 | 0624180220 | 18,000 PC | 0.14 | 2,520.00 |
| 0102400 044 | RUBBER, CUSHION | 062419-0070 | 0624190070 | 72,000 PC | 0.13 | 9,360.00 |
| 0102400 047 | PLATE, END | 062429-0320 | 0624290320 | 64,000 PC | 0.13 | 8,320.00 |
| 0102400 054 | PLATE, COVER | 062452-0740 | 0624520740 | 51,840 PC | 0.10 | 5,184.00 |
| 0102400 060 | ARM, DRIVE | 062482-0080 | 0624820080 | 12,000 PC | 0.10 | 1,200.00 |
| 0102400 064 | STOPPER | 062486-0030 | 0624860030 | 60,000 PC | 0.03 | 1,800.00 |
| 0102400 073 | YOKE | 162141-0690 | 1621410690 | 7,056 PC | 0.45 | 3,175.20 |
| 0102400 074 | HOLDER, MAGNET | 162163-0030 | 1621630030 | 32,000 PC | 0.04 | 1,280.00 |
| 0102400 084 | MOTOR ASSY | 163800-0062 | 1638000062 | 750 PC | 6.72 | 5,040.00 |
| 0102400 085 | MOTOR ASSY | 163800-0211 | 1638000211 | 750 PC | 6.93 | 5,197.50 |
| 0102400 107 | MOTOR ASSY, POWER WINDOW REGULATOR | 262100-2511 | 2621002511 | 504 PC | 7.13 | 3,593.52 |
| 0102400 109 | MOTOR ASSY, POWER WINDOW REGULATOR | 262100-2550 | 2621002550 | 4,680 PC | 6.56 | 30,700.80 |
| 0102400 130 | MOTOR ASSY, W/HOLDER | 272700-0212 | 2727000212 | 108 PC | 6.91 | 746.28 |

I-2

INVOICE ATTACHED SHEET                          2006-03-09          P. 2

INVOICE NO. XBC90391

| ORDER ITEM | DESCRIPTION | ASMO PART NO (NET WEIGHT) | PKG CUSTOMER NO | Q'TY | UNIT PRICE (US$) | AMOUNT (US$) |
|---|---|---|---|---|---|---|
| 0102400 135 | ARMATURE, BLOWER MOTOR | 272721-0021 | 2727210021 | 1,792 PC | 2.57 | 4,605.44 |
| 0102400 138 | ARMATURE, BLOWER MOTOR | 272721-0050 | 2727210050 | 1,792 PC | 2.35 | 4,211.20 |
| 0102400 139 | ARMATURE, BLOWER MOTOR | 272721-5000 | 2727215000 | 2,310 PC | 2.35 | 5,428.50 |
| 0102410 006 | PIPE | 062107-0020 | 0621070020 | 12,000 PC | 0.02 | 240.00 |
| 0102410 007 | PIPE | 062107-0030 | 0621070030 | 8,000 PC | 0.02 | 160.00 |
| 0102410 008 | PIPE | 062107-0200 | 0621070200 | 400 PC | 0.05 | 20.00 |
| 0102410 011 | ARMATURE SUB-ASSY | 062110-0990 | 0621100990 | 15,600 PC | 1.06 | 16,536.00 |
| 0102410 015 | PLATE, CUP | 062138-0020 | 0621380020 | 20,000 PC | 0.02 | 400.00 |
| 0102410 020 | PLATE | 062193-0140 | 0621930140 | 40,000 PC | 0.01 | 400.00 |
| 0102410 021 | PLATE | 062193-0150 | 0621930150 | 12,000 PC | 0.03 | 360.00 |
| 0102410 022 | PLATE | 062193-0160 | 0621930160 | 45,000 PC | 0.01 | 450.00 |
| 0102410 024 | RETAINER | 062252-0010 | 0622520010 | 45,000 PC | 0.02 | 900.00 |
| 0102410 025 | RETAINER | 062252-0020 | 0622520020 | 10,000 PC | 0.03 | 300.00 |
| 0102410 026 | ROLLER | 062255-0010 | 0622550010 | 60,000 PC | 0.03 | 1,800.00 |
| 0102410 028 | COLLAR | 062258-0020 | 0622580020 | 6,000 PC | 0.13 | 780.00 |
| 0102410 029 | SENSOR SUB-ASSY | 062260-0130 | 0622600130 | 5,760 PC | 0.93 | 5,356.80 |
| 0102410 030 | SENSOR SUB-ASSY | 062260-0200 | 0622600200 | 1,500 PC | 1.15 | 1,725.00 |
| 0102410 032 | SENSOR SUB-ASSY | 062260-0220 | 0622600220 | 360 PC | 3.48 | 1,252.80 |
| 0102410 033 | SENSOR SUB-ASSY | 062260-0250 | 0622600250 | 8,640 PC | 1.09 | 9,417.60 |
| 0102410 039 | SHAFT, WORM | 062414-0050 | 0624140050 | 8,640 PC | 0.40 | 3,456.00 |
| 0102410 041 | COLUMN, SUPPORTING | 062418-0050 | 0624180050 | 48,000 PC | 0.03 | 1,440.00 |
| 0102410 046 | RUBBER, CUSHION | 062419-0100 | 0624190100 | 30,000 PC | 0.13 | 3,900.00 |
| 0102410 047 | RUBBER, CUSHION | 062419-0110 | 0624190110 | 7,000 PC | 0.17 | 1,190.00 |
| 0102410 049 | SHAFT, DRIVE | 062432-0750 | 0624320750 | 2,400 PC | 0.17 | 408.00 |
| 0102410 052 | SEAL, RUBBER | 062436-0060 | 0624360060 | 10,000 PC | 0.10 | 1,000.00 |
| 0102410 057 | COLLAR, W/GROMMET | 062476-0010 | 0624760010 | 4,000 PC | 0.11 | 440.00 |
| 0102410 058 | BOLT, W/COLLAR | 062477-0070 | 0624770070 | 3,000 PC | 0.11 | 330.00 |
| 0102410 059 | PIPE, VENTILATION, W/PROTECTOR | 062478-0110 | 0624780110 | 7,000 PC | 0.16 | 1,120.00 |

P-3

INVOICE ATTACHED SHEET

INVOICE NO. XB090391      2006-03-09    P. 3

| | ORDER ITEM | DESCRIPTION | ASMO PART NO (NET WEIGHT) | PKG CUSTOMER NO | Q'TY | UNIT PRICE (US$) | AMOUNT (US$) |
|---|---|---|---|---|---|---|---|
| 1 | 0102410 061 | ARM, DRIVE | 062482-0080 | 0624820080 | 6,000 PC | 0.10 | 600.00 |
| 5 | 0102410 062 | SEAL, WATER | 062485-0101 | 0624850101 | 9,288 PC | 0.22 | 2,043.36 |
|   | 0102410 063 | SEAL, WATER | 062485-0111 | 0624850111 | 3,096 PC | 0.22 | 681.12 |
|   | 0102410 064 | SEAL, WATER | 062485-6050 | 0624856050 | 18,000 PC | 0.02 | 360.00 |
| 6 | 0102410 066 | WASHER | 062497-0101 | 0624970101 | 12,800 PC | 0.04 | 512.00 |
|   | 0102410 070 | MOTOR ASSY | 162000-6861 | 1620006861 | 16,126 PC | 4.93 | 79,511.04 |
| 2 | 0102410 071 | MOTOR ASSY | 162000-7050 | 1620007050 | 4,320 PC | 6.69 | 28,900.80 |
|   | 0102410 072 | MOTOR ASSY | 162000-7130 | 1620007130 | 1,080 PC | 6.95 | 7,506.00 |
|   | 0102410 073 | ARMATURE SUB-ASSY | 162110-1290 | 1621101290 | 5,184 PC | 1.61 | 8,346.24 |
|   | 0102410 076 | MAGNET SUB-ASSY | 162164-0070 | 1621640070 | 2,530 PC | 0.35 | 885.50 |
| 1 | 0102410 077 | BRUSH SUB-ASSY | 162185-0150 | 1621850150 | 9,000 PC | 0.10 | 900.00 |
|   | 0102410 078 | SPRING, BRUSH | 162186-0040 | 1621860040 | 18,000 PC | 0.02 | 360.00 |
|   | 0102410 082 | COLLAR, SPACE | 162437-0110 | 1624370110 | 10,000 PC | 0.01 | 100.00 |
|   | 0102410 084 | RING, SPLASH | 162635-0090 | 1626350090 | 40,000 PC | 0.04 | 1,600.00 |
| 7 | 0102410 090 | SCREW, TAPPING, W/COLLAR | 166170-0021 | 1661700021 | 10,500 PC | 0.03 | 315.00 |
| 1 | 0102410 094 | MOTOR ASSY, W/HOLDER | 194000-0891 | 1940000891 | 972 PC | 7.93 | 7,707.96 |
|   | 0102410 095 | MOTOR ASSY, W/HOLDER | 194000-0961 | 1940000961 | 324 PC | 7.93 | 2,569.32 |
|   | 0102410 099 | HOUSING, BLOWER MOTOR | 194200-0701 | 1942000701 | 5,040 PC | 1.78 | 8,971.20 |
|   | 0102410 100 | BRUSH SUB-ASSY | 194270-9002 | 1942709002 | 3,600 PC | 0.30 | 1,080.00 |
|   | 0102410 101 | BRUSH SUB-ASSY | 194270-9012 | 1942709012 | 3,600 PC | 0.30 | 1,080.00 |
|   | 0102410 103 | BRUSH SUB-ASSY | 194270-9111 | 1942709111 | 1,200 PC | 0.34 | 408.00 |
|   | 0102410 105 | BRUSH | 194271-9002 | 1942719002 | 10,000 PC | 0.28 | 2,800.00 |
|   | 0102410 118 | SEAL SPONGE, SENSOR | 263606-0160 | 2636060160 | 4,800 PC | 0.08 | 384.00 |
|   | 0102410 119 | SEAL SPONGE, SENSOR | 263606-0200 | 2636060200 | 10,000 PC | 0.07 | 700.00 |
|   | 0102410 120 | SEAL SPONGE, SENSOR | 263606-0210 | 2636060210 | 5,000 PC | 0.07 | 350.00 |
|   | 0102410 121 | SENSOR SUB-ASSY | 263607-0380 | 2636070380 | 960 PC | 11.03 | 10,588.80 |
|   | 0102410 122 | SENSOR SUB-ASSY | 263607-0390 | 2636070390 | 960 PC | 11.03 | 10,588.80 |
|   | 0102410 123 | SENSOR SUB-ASSY | 263607-0400 | 2636070400 | 240 PC | 10.63 | 2,551.20 |
|   | 0102410 124 | SENSOR SUB-ASSY | 263607-0410 | 2636070410 | 240 PC | 10.63 | 2,551.20 |

1-4

INVOICE ATTACHED SHEET           2006-03-09         P. 4

INVOICE NO. XBC90391

| ORDER | ITEM | DESCRIPTION | ASMO PART NO (NET WEIGHT) | PKG | CUSTOMER NO | Q'TY | UNIT PRICE (US$) | AMOUNT (US$) |
|---|---|---|---|---|---|---|---|---|
| 0102410 | 128 | CLIP | 253616-0040 | | 2636160040 | 4,800 PC | 0.04 | 192.00 |
| 0102410 | 144 | ARMATURE, BLOWER MOTOR | 272721-5110 | | 2727215110 | 770 PC | 2.35 | 1,809.50 |
| 0102410 | 147 | BRUSH, CARBON | 272772-0010 | | 2727720010 | 3,600 PC | 0.17 | 612.00 |
| 0102410 | 148 | BRUSH, CARBON | 272772-0020 | | 2727720020 | 1,440 PC | 0.17 | 244.80 |
| 0102410 | 150 | BRUSH, CARBON | 272772-0040 | | 2727720040 | 720 PC | 0.21 | 151.20 |
| 0102410 | 151 | BRUSH, CARBON | 272772-5000 | | 2727725000 | 18,000 PC | 0.24 | 4,320.00 |
| 0102410 | 153 | TERMINAL | 272774-0030 | | 2727740030 | 20,000 PC | 0.03 | 600.00 |
| 0102410 | 154 | WASHER, PLATE, SK | 809013-0080 | | 8090130080 | 40,000 PC | 0.03 | 1,200.00 |
| 0102410 | 161 | E-RING | 90577-06000 | | 9057706000 | 12,000 PC | 0.01 | 120.00 |
| 0102410 | 162 | E-RING | 90577-07000 | | 9057707000 | 10,000 PC | 0.02 | 200.00 |
| 0102410 | 163 | O-RING | 90801-10220 | | 9080110220 | 2,000 PC | 0.03 | 60.00 |
| 0102410 | 164 | SCREW, BINDING TAPPING | 90940-04101 | | 9094004101 | 15,000 PC | 0.01 | 150.00 |
| 0102410 | 167 | SCREW, TAPPING | 949001-4610 | | 9490014610 | 24,000 PC | 0.01 | 240.00 |
| 0102410 | 168 | SCREW, TAPPING | 949001-2770 | | 9490012770 | 10,000 PC | 0.01 | 100.00 |
| 0102410 | 172 | WASHER, RUBBER | 949021-1560 | | 9490211560 | 30,000 PC | 0.01 | 300.00 |
| 0102410 | 174 | RING, SNAP | 949070-1020 | | 9490701020 | 60,000 PC | 0.02 | 1,200.00 |
| 0102410 | 175 | WASHER, SNAP | 949071-1360 | | 9490711360 | 10,000 PC | 0.02 | 200.00 |
| 0102410 | 176 | BALL, STEEL | 949120-0420 | | 9491200420 | 50,000 PC | 0.01 | 500.00 |
| 0102410 | 177 | BALL, STEEL | 949120-0590 | | 9491200590 | 24,000 PC | 0.01 | 240.00 |
| TOTAL | | | | | PIECE | 1,483,382 PC | US$ | 455,464.58 |