# EXHIBIT 2

Clifton Decl.



ASMO CO., LTD.
390 UMEDA, KOSAI CITY
SHIZUOKA PREF., JAPAN                    81-53-572-3311

# PACKING LIST

INVOICE TO
ASMO NORTH CAROLINA, INC.
470 CRAWFORD ROAD, STATESVILLE,
NC. 28625-8504, U.S.A.

INVOICE DATE    2006/03/10
B/L DATE        2006/03/14
INVOICE NO      XBC90391

704-878-6663
704-872-9786

| SHIPPED PER/VOY.NO. | 0204-076E | ON OR ABOUT | FROM | TO |
|---|---|---|---|---|
| EVER UNION | EVERGREEN | 2006/03/19 | SHIMIZU | STATESVILLE |

| CASE NOS SHIPPING MARK | DESCRIPTION | QUANTITY | GROSS WEIGHT | MEASUREMENT |
|---|---|---|---|---|
| ANC STATESVILLE MADE IN JAPAN | AUTO PARTS | | | |
| | *** DETAILS AS PER ATTACHED SHEET *** | | | |
| | 165 CT | | 35234.0 KGS | 96.240 M3 |

ASMO CO.LTD

*M. Ishiguro*

M.ISHIGURO/MANAGER

1-6

Exhibit 2

INV.NO.    XBC90391

SINGLE PACKAGE

| PARTS NO. | DESCRIPTION | @PCS/C | PKG | WEIGHT | MEASUREMENT | LOT NO | TYPE |
|---|---|---|---|---|---|---|---|
| 062040-2131 | P/W MOTOR | 252 | | | | | C |
| | | | 1 | 148.0 | 0.548 | 3H-1 | |
| 062110-0610 | ARMATURE SUB ASSY | 3,900 | | | | | |
| | | | 5 | 1425.0 | 2.430 | 3H-48.47.49.50.51 | |
| | | | 4 | 1140.0 | 1.944 | 3H-43.42.45.46 | |
| 062110-0990 | ARMATURE SUB ASSY | 3,900 | | | | | |
| | | | 1 | 292.0 | 0.515 | 3H-9 | |
| | | | 3 | 876.0 | 1.545 | 3H-10.11.12 | |
| 062110-1030 | ARMATURE SUB ASSY | 3,900 | | | | | |
| | | | 1 | 279.0 | 0.501 | 3H-2 | |
| | | | 1 | 279.0 | 0.501 | 3H-1 | |
| 062117-0031 | ARMATURE ASSY | 10,000 | | | | | F |
| | | | 1 | 520.0 | 0.282 | 3H-5 | |
| 062419-0070 | CUSHION RUBBER | 24,000 | | | | | C |
| | | | 3 | 534.0 | 1.980 | 3H-3.2.1 | |
| 062429-0320 | PLATE, END | 8,000 | | | | | |
| | | | 4 | 916.0 | 2.236 | 3H-17.18.19.20 | |
| | | | 4 | 916.0 | 2.236 | 3H-12.14.15.16 | |
| 062452-0740 | PLATE, COVER | 12,960 | | | | | |
| | | | 4 | 1400.0 | 2.412 | 3H-9.10.12.11 | |
| 062485-0101 | SEAL, WATER | 3,096 | | | | | C |
| | | | 1 | 62.0 | 0.609 | 3H-7 | |
| | | | 2 | 124.0 | 1.218 | 3H-6.8 | |
| 062485-0111 | SEAL, WATER | 3,096 | | | | | C |
| | | | 1* | 62.0 | 0.609 | 3H-7 | |
| 162000-6861 | POWER SEAT MOTOR | 768 | | | | | C |
| | | | 3 | 1134.0 | 2.007 | 3H-62.61.72 | |
| | | | 18 | 6804.0 | 12.042 | 3H-42.39.44.43.52.51.54.53.50.49.48.47.40.41.37.46.45.38 | |
| 162000-7050 | POWER SEAT MOTOR | 1,080 | | | | | |
| | | | 2 | 484.0 | 1.084 | 3H-9.8 | |
| | | | 2 | 484.0 | 1.084 | 3H-7.6 | |
| 162000-7130 | POWER SEAT MOTOR | 1,080 | | | | | |
| | | | 1 | 190.0 | 0.542 | 3H-3 | |

1-7

1/3

| PARTS NO. | DESCRIPTION | @PCS/C | PKG | WEIGHT | MEASUREMENT | LOT NO | TYPE |
|---|---|---|---|---|---|---|---|
| 162110-1290 | ARMATURE SUB-ASSY | 1,728 | | | | | |
| | | | 2 | 626.0 | 1.074 | 3H-6.7 | |
| | | | 1 | 313.0 | 0.537 | 3H-5 | |
| 162141-0690 | YOKE | 1,008 | | | | | |
| | | | 7 | 1071.0 | 3.528 | 3H-26.25.29.24.28.30.27 | |
| 162163-0030 | HOLDER MAGNET | 16,000 | | | | | |
| | | | 2 | 118.0 | 1.074 | 3H-3.4 | |
| 163800-0062 | MOTOR ASSY | 750 | | | | | |
| | | | 1 | 325.0 | 0.592 | 3H-1 | |
| 163800-0211 | MOTOR ASSY | 750 | | | | | |
| | | | 1 | 327.0 | 0.592 | 3H-5 | |
| 194000-0891 | S70F BLOWER MOTOR | 108 | | | | | C |
| | | | 8 | 1200.0 | 4.552 | 3H-8.16.12.13.14.15.20.19 | |
| | | | 1 | 150.0 | 0.569 | 3H-9 | |
| 194000-0961 | S70F BLOWER MOTOR | 108 | | | | | C |
| | | | 3 | 450.0 | 1.707 | 3H-5.4.3 | |
| 194200-0701 | HOUSING | 1,680 | | | | | A |
| | | | 2 | 300.0 | 1.702 | 3H-7.6 | |
| | | | 1 | 150.0 | 0.851 | 3H-5 | |
| 262100-2511 | P/W MOTOR | 252 | | | | | C |
| | | | 2 | 312.0 | 1.086 | 3H-6.7 | |
| 262100-2540 | P/W MOTOR | 360 | | | | | C |
| | | | 3 | 510.0 | 1.827 | 3H-11.12.16 | |
| 262100-2550 | P/W MOTOR | 360 | | | | | C |
| | | | 13 | 2210.0 | 7.917 | 3H-44.52.50.51.49.53.55.48.47.54.56.57.42 | |
| | | | 8 | 1360.0 | 4.872 | 3H-37.41.36.40.38.43.46.45 | |
| 262100-4070 | MOTOR ASSY,P/W REGULATOR | 300 | | | | | |
| | | | 2 | 306.0 | 1.248 | 3H-6.7 | |
| | | | 4 | 612.0 | 2.496 | 3H-9.8.10.11 | |
| 263607-0380 | SENSOR S/A | 240 | | | | | |
| | | | 4 | 308.0 | 2.412 | 3H-18.16.17.19 | |
| 263607-0390 | SENSOR S/A | 240 | | | | | |
| | | | 3 | 231.0 | 1.809 | 3H-17.18.16 | |
| | | | 1 | 77.0 | 0.603 | 3H-19 | |
| 263607-0400 | SENSOR S/A | 240 | | | | | |
| | | | 1 | 62.0 | 0.603 | 3H-3 | |

I-8

| PARTS NO. | DESCRIPTION | @PCS/C | PKG | WEIGHT | MEASUREMENT | LOT NO | TYPE |
|---|---|---|---|---|---|---|---|
| 263607-0410 | SENSOR S/A | 240 | | | | | |
| | | | 1 | 62.0 | 0.603 | 3H-3 | |
| 272700-0060 | K62 BLOWER MOTOR | 108 | | | | | |
| | | | 2 | 208.0 | 1.174 | 3H-1.2 | |
| 272700-0212 | K62 BLOWER MOTOR | 108 | | | | | |
| | | | 6 | 774.0 | 3.486 | 3H-14.9.11.10.13.12 | |
| | | | 2 | 258.0 | 1.162 | 3H-16.15 | |
| 272700-0222 | K62 BLOWER MOTOR | 108 | | | | | |
| | | | 2 | 258.0 | 1.184 | 3H-2.1 | |
| 272721-0021 | ARMATURE,BLOWER MOTOR | 896 | | | | | |
| | | | 2 | 706.0 | 1.084 | 3H-22.23 | |
| 272721-0050 | ARMATURE, BLOWER MOTOR | 896 | | | | | |
| | | | 2 | 898.0 | 1.084 | 3H-13.14 | |
| 272721-5000 | ARMATURE, BLOWER MOTOR | 770 | | | | | |
| | | | 1 | 353.0 | 0.573 | 3H-5 | |
| | | | 2 | 706.0 | 1.146 | 3H-6.7 | |
| 272721-5110 | ARMATURE BLOWER MOTOR | 770 | | | | | |
| | | | 1 | | | 3H-1 | |
| | | | 153 | 33,310.0 | 89.472 | | |

1-9

INV.NO.    XBC90391

COMBINED PACKAGE

| | PARTS NO. | DESCRIPTION | @PCS/C | PKG | LOT NO | WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|---|---|
| XBXC707 | | | | | | 188.0 | 0.564 |
| | 062419-0100 | RUBBER, CUSHION | 2000 | 9 | 3H-35-43 | | |
| | 909400-4101 | SCREW TAPPING | 5000 | 1 | 3H-4 | | |
| | 062418-0220 | COLUMN, SUPPORTING | 3000 | 2 | 3H-10.11 | | |
| | 949070-1020 | SNAP RING | 30000 | 1 | 3H-3 | | |
| | 162635-0090 | RING, SPLASH | 4000 | 4 | 3H-10-13 | | |
| XBXC708 | | | | | | 126.0 | 0.564 |
| | 110710-0321 | CONTROL ASSY | 24 | 11 | 3H-25-35 | | |
| | 062486-0030 | STOPPER | 2000 | 15 | 3H-31-45 | | |
| | 949120-0420 | BALL, STEEL | 25000 | 1 | 3H-4 | | |
| | 062482-0080 | ARM, DRIVE | 6000 | 2 | 3H-3.4 | | |
| | 272772-0010 | BRUSH CARBON | 720 | 2 | 3H-11.12 | | |
| | 062260-0130 | SENSOR S/A | 1440 | 2 | 3H-6.7 | | |
| | 062260-0250 | SENSOR S/A | 1440 | 6 | 3H-7-12 | | |
| | 062107-0020 | PIPE | 4000 | 1 | 3H-3 | | |
| | 062252-0010 | RETAINER | 5000 | 3 | 3H-9-11 | | |
| XBXC801 | | | | | | 118.0 | 0.564 |
| | 062419-0110 | RUBBER, CUSHION | 500 | 7 | 3H-28-34 | | |
| | 062477-0070 | BOLT WITH COLLOR | 1000 | 1 | 3H-5 | | |
| | 062260-0220 | SENSOR S/A | 60 | 3 | 3H-14-16 | | |
| | 263606-0160 | SEAL SPONGE, SENSOR | 800 | 2 | 3H-9.10 | | |
| | 062252-0010 | RETAINER | 5000 | 3 | 3H-12-14 | | |
| | 062107-0030 | PIPE | 4000 | 1 | 3H-4 | | |
| | 062436-0060 | SEAL RUBBER | 5000 | 1 | 3H-3 | | |
| | 272772-0020 | BRUSH, CARBON | 720 | 2 | 3H-4.5 | | |
| | 062252-0020 | RETAINER | 5000 | 1 | 3H-5 | | |
| | 263606-0210 | SEAL SPONGE | 1000 | 2 | 3H-7.8 | | |
| | 263606-0200 | SEAL SPONGE | 1000 | 5 | 3H-21-25 | | |
| | 263616-0040 | CLIP | 1600 | 1 | 3H-4 | | |
| | 809013-0080 | WASHER, PLATE SK | 40000 | 1 | 3H-1 | | |
| | 062477-0070 | BOLT WITH COLLOR | 1000 | 1 | 3H-4 | | |
| | 062138-0020 | PLATE CUP | 20000 | 1 | 3H-1 | | |

1-10

| | PARTS NO. | DESCRIPTION | @PCS/C | PKG | LOT NO | WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|---|---|
| XBXC802 | | | | | | 133.0 | 0.564 |
| | 194270-9002 | BRUSH S/A | 1200 | 3 | 3H-5-7 | | |
| | 194270-9012 | BRUSH S/A | 1200 | 3 | 3H-5-7 | | |
| | 194271-9002 | BRUSH | 2000 | 4 | 3H-6-9 | | |
| | 272772-5000 | BRUSH CARBON | 1200 | 2 | 3H-30.31 | | |
| | 162185-0150 | BRUSH SUB-ASSY | 1000 | 5 | 3H-18-22 | | |
| | 062260-0200 | SENSOR S/A | 1500 | 1 | 3H-1 | | |
| | 263606-0160 | SEAL SPONGE, SENSOR | 800 | 2 | 3H-7.8 | | |
| XBXC803 | | | | | | 140.0 | 0.564 |
| | 272772-5000 | BRUSH CARBON | 1200 | 3 | 3H-32-34 | | |
| | 062432-0750 | SHAFT DRIVE | 400 | 3 | 3H-9.12.13 | | |
| | 062418-0140 | COLUMN, SUPPORTING | 12000 | 5 | 3H-81-85 | | |
| | 062258-0020 | COLLAR | 3000 | 1 | 3H-4 | | |
| | 263606-0210 | SEAL SPONGE | 1000 | 1 | 3H-6 | | |
| | 062107-0020 | PIPE | 4000 | 1 | 3H-4 | | |
| | 263616-0040 | CLIP | 1600 | 1 | 3H-5 | | |
| | 062418-0220 | COLUMN, SUPPORTING | 3000 | 2 | 3H-12.13 | | |
| | 062476-0010 | COLLOR, WITH GROMMET | 2000 | 1 | 3H-2 | | |
| | 272772-0040 | BRUSH CARBON | 720 | 1 | 3H-4 | | |
| | 909400-4101 | SCREW TAPPING | 5000 | 1 | 3H-5 | | |
| | 062497-0101 | WASHER | 3200 | 2 | 3H-9.10 | | |
| XBXC804 | | | | | | 202.0 | 0.564 |
| | 110710-0321 | CONTROL ASSY | 24 | 18 | 3H-36-53 | | |
| | 062414-0050 | SHAFT, DRIVE | 720 | 6 | 3H-29-34 | | |
| | 949001-4610 | SCREW TAPPING | 3000 | 3 | 3H-20-22 | | |
| | 062485-6050 | SEAL, WATER | 6000 | 1 | 3H-5 | | |
| | 062107-0200 | PIPE | 200 | 1 | 3H-4 | | |
| | 062255-0010 | ROLLER | 30000 | 2 | 3H-10.11 | | |
| | 062418-0050 | COLUMN,SUPPORT | 3000 | 8 | 3H-23-30 | | |
| | 162186-0040 | SPRING BRUSH | 1000 | 9 | 3H-37-45 | | |

| PARTS NO. | DESCRIPTION | @PCS/C | PKG | LOT NO | WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|---|
| XBXC901 | | | | | 165.0 | 0.564 |
| 062193-0140 | PLATE | 20000 | 1 | 3H-6 | | |
| 062486-0030 | STOPPER | 2000 | 15 | 3H-46-60 | | |
| 062252-0020 | RETAINER | 5000 | 1 | 3H-6 | | |
| 062260-0220 | SENSOR S/A | 60 | 3 | 3H-17-19 | | |
| 272772-0010 | BRUSH CARBON | 720 | 3 | 3H-13-15 | | |
| 062252-0010 | RETAINER | 5000 | 3 | 3H-15-17 | | |
| 062477-0070 | BOLT WITH COLLOR | 1000 | 1 | 3H-6 | | |
| 263606-0160 | SEAL SPONGE, SENSOR | 800 | 2 | 3H-11.12 | | |
| 949070-1020 | SNAP RING | 30000 | 1 | 3H-4 | | |
| 062418-0140 | COLUMN, SUPPORTING | 12000 | 5 | 3H-86-90 | | |
| 062419-0110 | RUBBER, CUSHION | 500 | 7 | 3H-35-41 | | |
| 062258-0020 | COLLAR | 3000 | 1 | 3H-5 | | |
| 062107-0200 | PIPE | 200 | 1 | 3H-5 | | |
| 162437-0110 | COLLAR SPACE | 5000 | 1 | 3H-6 | | |
| 062485-6050 | SEAL, WATER | 6000 | 2 | 3H-6.7 | | |
| XBXC902 | | | | | 182.0 | 0.564 |
| 166170-0021 | SCREW TAPPING,W/COLLA | 1500 | 7 | 3H-27-33 | | |
| 949001-4610 | SCREW TAPPING | 3000 | 5 | 3H-23-27 | | |
| 949001-2770 | SCREW,TAPPING | 5000 | 2 | 3H-10.11 | | |
| 062193-0150 | PLATE | 12000 | 1 | 3H-6 | | |
| 905770-7000 | E CLIP | 10000 | 1 | 3H-1 | | |
| 162185-0150 | BRUSH SUB-ASSY | 1000 | 4 | 3H-23-26 | | |
| 263616-0040 | CLIP | 1600 | 1 | 3H-6 | | |
| 062476-0010 | COLLOR, WITH GROMMET | 2000 | 1 | 3H-3 | | |
| 949021-1560 | WASHER RUBBER | 30000 | 1 | 3H-1 | | |
| 263606-0200 | SEAL SPONGE | 1000 | 5 | 3H-26-30 | | |
| 062478-0110 | PIPE VENTILATION | 1000 | 7 | 3H-40-46 | | |
| 949120-0420 | BALL, STEEL | 25000 | 1 | 3H-5 | | |
| 062418-0220 | COLUMN, SUPPORTING | 3000 | 2 | 3H-14.15 | | |
| 062432-0750 | SHAFT DRIVE | 400 | 3 | 3H-14-16 | | |
| 062482-0080 | ARM, DRIVE | 6000 | 1 | 3H-5 | | |
| 062107-0020 | PIPE | 4000 | 1 | 3H-5 | | |
| 263606-0210 | SEAL SPONGE | 1000 | 2 | 3H-9.10 | | |

H-12

| | PARTS NO. | DESCRIPTION | @PCS/C | PKG | LOT NO | WEIGHT | MEASUREMENT |
|---|---|---|---|---|---|---|---|
| XBXC903 | | | | | | 191.0 | 0.564 |
| | 949120-0590 | BALL, STEEL | 24000 | 1 | 3H-5 | | |
| | 905770-6000 | E CLIP | 12000 | 1 | 3H-4 | | |
| | 272774-0030 | TERMINAL | 20000 | 1 | 3H-1 | | |
| | 949071-1360 | WASHER, SNAP | 10000 | 1 | 3H-2 | | |
| | 062260-0130 | SENSOR S/A | 1440 | 2 | 3H-8.9 | | |
| | 909400-4101 | SCREW TAPPING | 5000 | 1 | 3H-6 | | |
| | 062497-0101 | WASHER | 3200 | 2 | 3H-11.12 | | |
| | 162635-0090 | RING, SPLASH | 4000 | 6 | 3H-14-19 | | |
| | 062436-0060 | SEAL RUBBER | 5000 | 1 | 3H-4 | | |
| | 062107-0030 | PIPE | 4000 | 1 | 3H-5 | | |
| | 062418-0050 | COLUMN,SUPPORT | 3000 | 8 | 3H-31-38 | | |
| | 062419-0100 | RUBBER, CUSHION | 2000 | 6 | 3H-44-49 | | |
| XBXC904 | | | | | | 86.0 | 0.564 |
| | 272772-5000 | BRUSH CARBON | 1200 | 10 | 3H-35-44 | | |
| | 194270-9111 | BRUSH S/A | 1200 | 1 | 3H-2 | | |
| | 194271-9002 | BRUSH | 2000 | 1 | 3H-10 | | |
| XBXC905 | | | | | | 188.0 | 0.564 |
| | 110710-0321 | CONTROL ASSY | 24 | 23 | 3H-54-76 | | |
| | 062414-0050 | SHAFT, DRIVE | 720 | 6 | 3H-35-40 | | |
| | 162437-0110 | COLLAR SPACE | 5000 | 1 | 3H-5 | | |
| | 162164-0070 | MAGNET S/A | 2530 | 1 | 3H-2 | | |
| | 062193-0160 | PLATE | 5000 | 4 | 3H-18-21 | | |
| XBXC906 | | | | | | 205.0 | 0.564 |
| | 062414-0020 | SHAFT WORM | 720 | 18 | 3H-180-197 | | |
| | 162186-0040 | SPRING BRUSH | 1000 | 9 | 3H-46-54 | | |
| | 908011-0220 | O-RING | 2000 | 1 | 3H-2 | | |
| | 062193-0160 | PLATE | 5000 | 5 | 3H-22-26 | | |
| | 062193-0140 | PLATE | 20000 | 1 | 3H-5 | | |
| 12 | | | | | | 1,924.0 | 6.768 |

I-13