**EXHIBIT 3**

Clifton Decl.

PAYMENT REFERENCE                                                      Date: 09-25-06

ASMO North Carolina, Inc

470 Crawford rd

Statesville


Asmo Co., Ltd.
390 Umeda
Overseas Sales Department
Kosai City, Shizuoka Pref. JP

Japan


Reference    : Details of Payment made on    09-25-06
             : Supplier    100041

| Our Ref. | Your Invoice | Bank Account | Amount |
|---|---|---|---|
| 191281 | XBC60381 | 123456 | 670,889.22 |
| 191513 | XBC70321 | 123456 | 248,352.06 |
| 191515 | XBC30081 | 123456 | 649,591.32 |
| 192072 | XBCC0331 | 123456 | 448,857.70 |
| 193074 | XBCC1021 | 123456 | 472,887.22 |
| 193075 | XBCE0491 | 123456 | 415,484.14 |
| 193076 | XBCG0411 | 123456 | 542,221.82 |
| 193265 | XBCT0061 | 123456 | 686,891.28 |
| 193491 | XBCT0471 | 123456 | 238,998.44 |
| 193492 | XBCK0471 | 123456 | 438,063.34 |
| 193493 | XBCN0441 | 123456 | 814,219.54 |
| 195757 | XBC90391 | 123456 | 455,464.56 |

Currency    : USD  United States dollars               7945,669.96


Exhibit 3