**EXHIBIT 4**

Clifton Decl.



# EVERGREEN
EVERGREEN MARINE CORPORATION

# SEA WAYBILL
## NON-NEGOTIABLE

| (2) Shipper/Exporter | (5) Document No. |
|---|---|
| ASMO CO.,LTD.<br>390 UMEDA, KOSAI CITY, SHIZUOKA PREF.<br>JAPAN (S/C NO.SC20454) | S6-00390  A |
| | (6) Export References |
| | Shipper code |
| (3) Consignee (complete name and address) | (7) Forwarding Agent-References |
| ASMO NORTH CAROLINA, INC.<br>TEL:704-878-6663  FAX:704-872-9786<br>ATTN. MR.ISOBE, MR.JEFF SMITH<br>470 CRAWFORD ROAD, STATESVILLE, NC<br>28625-8504 USA | SUZUYO & CO.,LTD. |
| (4) Notify Party (complete name and address) | (8) Point and Country of Origin (for the Merchant's reference only) |
| ASMO NORTH CAROLINA, INC.<br>TEL:704-878-6663  FAX:704-872-9786<br>ATTN. MR.ISOBE, MR.JEFF SMITH<br>470 CRAWFORD ROAD, STATESVILLE, NC<br>28625-8504 USA | |
| | (9) Also Notify Party (complete name and address)<br>UPS SUPPLY CHAIN SOLUTIONS<br>ATTN. MS.CYNTHIA, MS.KIM<br>TEL:704-494-8011  FAX:704-494-4766<br>5400 W. W.T.HARRIS BLVD<br>CHARLOTTE, NC 28269 USA |
| | No. SC20454 |
| (12) Pre-carriage by | (13) Place of Receipt/Date<br>SHIMIZU,CY |
| (14) Ocean Vessel/Voy. No.<br>EVER UNION 0204-076E | (15) Port of Loading<br>SHIMIZU,JAPAN |
| (16) Port of Discharge<br>LOS ANGELES, CA | (17) Place of Delivery<br>STATESVILLE, N.C., DOOR |
| | (10) Onward Inland Routing/Export Instructions (for the Merchant's reference only)<br>IPI |

Particulars furnished by the Merchant

| (18) Container No. And Seal No.<br>Marks & Nos. | (19) Quantity And Kind of Packages | (20) Description of Goods | (21) Measurement (M³)<br>Gross Weight (KGS) |
|---|---|---|---|
| CONTAINER NO./SEAL NO.<br>TRIU5559381/40'/EMCVJ14149<br>UGHU8062288/40'/EMCVJ14138<br>ANC<br>STATESVILLE<br>MADE IN JAPAN | 2 CONTAINERS<br>165 CARTONS | "SHIPPER'S LOAD AND COUNT"<br>========<br>MOTOR & MOTOR PARTS FOR AUTOMOBILE<br>INV.NO.XBC90391<br>*** WAYBILL ***<br>"FREIGHT COLLECT AS ARRANGED" | 96.240 M3<br>35,234.000 KGS |

(23) Declared Value $
If Merchant enters actual value of Goods and pays the applicable ad valorem tariff rate, Carrier's package limitation shall not apply.

(22) TOTAL NUMBER OF CONTAINERS OR PACKAGES (IN WORDS)    SAY: TWO (2) CONTAINERS ONLY.-

| (24) FREIGHT & CHARGES | Revenue Tons | Rate | Per | Prepaid | Collect |
|---|---|---|---|---|---|

| (25) Waybill No.<br>EISU<br>025643005523 | (27) Number of Original Waybills<br>ZERO (0) | (29) Prepaid at | (30) Collect at<br>DESTINATION |
| (26) Service Type/Mode<br>FCL/FCL    O/D | (28) Place and Date of Issue<br>SHIMIZU, JAPAN | (31) Exchange Rate<br>US$1=JPY¥117.60 | (32) Exchange Rate |
| | (33) Laden on Board the<br>RECEIVED MAR 14 2006 EVERGREEN | SURUGA SHIPPING CO.,LTD.<br>By _____<br>AS AGENTS FOR THE CARRIER EVERGREEN MARINE CORPORATION | 1-14 |

FORM NO. DOCE-003-00    (TERMS OF BILL OF LADING ARE CONTINUED HEREOF AND ENLARGED VERSION OF BACK CLAUSE IS AVAILABLE ON www.evergreen-marine.com)

Exhibit 4