# EXHIBIT 1

Yokoi Decl.

# T. M. CARGO, Inc.

5520 Hillview Drive
Brentwood, Tennessee 37027
Email: Tmcargo@comcast.net

Phone: (615) 883-1516                                      Fax: (615) 883-1716

December 19, 2006

INTERNAL REVENUE IDENTIFICATION NUMBER
58-1923034

MSI Claims (USA), Inc.
560 Lexington Avenue, 20th Floor
New York, NY  10022-6828

*RECEIVED DEC 26 2006 MSI CLAIMS (USA), INC. MARINE DIV*

Attn: Mr. Chikara Yokoi

```
RE:              "Ever Union"
Your File:       MSI-06-5-2653
Our file:        06-6916
Invoice Number: 0013510
```

INVOICE

FEE                                                        $ 2,400.00

EXPENSE

```
Auto 778 @ 0.65          505.70
Hotel                     91.19
Photo Disk                10.00
Office/Administrative    240.00
                         ------
                         846.89
```

PAID 1/4/09

Total                    $3,246.89

PLEASE QUOTE OUR FILE NUMBER WHEN REMITTING

SURVEYORS AND ADJUSTERS

Exhibit 1

0100

# T.M. CARGO, Inc.

5520 Hillview Drive
Brentwood, Tennessee 37027
Email: Tmcargo@comcast.net

Phone: (615) 883-1516          Fax: (615) 883-1716

---

December 19, 2006

MSI Claims (USA), Inc.
560 Lexington Avenue, 20th Floor
New York, N.Y. 10022-6828

Attn: Chikara Yokoi

      Re:                "Ever Union"
      Your Ref. No:   MSI-06-5-2653
      Our File:      06-6916

Dear Chas:

Please find attached our Survey Report and Documents as regards the captioned claim.

If the attached is found to be in order, we would appreciate your placing our Survey Fee in line for payment at your earliest convenience.

Should you have any questions, please feel free to contact the undersigned.

Very truly yours,
T.M. Cargo, Inc.

*[signature]*

Bennie Greiner
Marine Surveyor

---

SURVEYORS AND ADJUSTERS

0101

0102

# T.M. CARGO, Inc.

5520 Hillview Drive
Brentwood, Tennessee 37027
Email: Tmcargo@comcast.net

Phone: (615) 883-1516                    Fax: (615) 883-1716

---

December 18, 2006

MSI Claims USA, Inc.
560 Lexington Avenue, 20th Floor
New York, New York 10022
Attn:  Ms. Blanca Ramos

        Re:               "Ever Union"
        Consignee:     Asmo North Carolina
        Bill of Lading:  EISU025643005523
        Container No.:  UGMU8062288, TRIU5559381
        Your File No.:   MSI-06-5-2653
        Our File No.:    06-6916

**"For The Account Of Whom It May Concern"**

This is to certify that the undersigned surveyor to the staff of TM Cargo, Inc., 5520 Hillview Drive, Brentwood, Tennessee, did as requested, attend survey at Asmo North Carolina, 470 Crawford Road, Statesville, North Carolina on May 5, 2006 in order to determine the cause, nature and extent of reported damage to a shipment of Motor and Motor Parts for New Automobiles.

Prior to our arrival, we were informed that the above captioned shipment was involved in a derailment.  Further investigation revealed that on April 5, 2006 a Union Pacific train struck a tractor trailer at a highway rail grade crossing.  As a result two crewman were injured and six cars derailed and they in turn derailed six more cars.  It was further reported that the containers were so badly damaged that they had to be transloaded at the derailment site.

---

SURVEYORS AND ADJUSTERS

Page ... 2

Upon our arrival, we met with Mr. Jeff Smith representing Asmo North Carolina. We were directed to an area of their facility where the contents of container numbers UGMU8062288 and TRIU5559381 had been staged for our examination. We noted many of the motors to have been placed in one large fiberboard carton instead of the individual cartons with separators as noted the cargo not involved in the derailment. Further inspection revealed motors and parts with scrapes/gouges from metal to metal contact.

We discussed our findings with Mr. Smith, who agreed to have his quality control personnel do a 100% inspection of the cargo and contact us when completed. In addition we discussed the options available for testing the motors. It was expressed by Mr. Smith that these motors were for power windows and power brakes in the manufacture of new Toyota automobiles and the only way to test them would be to have each individual motor x-rayed. We requested Mr. Smith contact his customer to ascertain if the motors were tested if they would accept as sound and to obtain a cost to x-ray for damages.

After discussing with underwriters we requested Asmo North Carolina to forward fifty (50) motors to NDT Specialists for sample x-raying to ascertain a concrete cost to x-ray all of the motors. Upon receipt of the outcome of the x-raying of the fifty motors we were contacted by Mr. Greg Cox, Quality Control Manager indicating that he had reviewed the x-rays of the Power Window motors and it was his opinion that they did not provide conclusive evidence that there was no internal damage, especially to the magnet or brush area. Mr. Cox further reported that " the power window motor contains two magnets (Ferrite compound) and two brushes (Graphite compound). These component parts are critical in the motor performance. Based upon the positioning of these component parts with-in the motor is is virtually impossible to determine by x-ray if a crack exists. Even a hairline crack is detrimental to the life of our motor." Mr. Cox also indicated that they had contacted their customer, Denso Engineering Services, which had the following statement regarding the motors:

"Denso can't use any motors that are knowingly suspect. As you know we must validate all aspects of motors before we can ship them to Toyota. There is no possible way to assure that these motors will maintain the "known" quality levels. These parts would have to be "re-tested" from a simple performance standpoint along with long-term durability.

0103

Page ... 3

Both Denso and Toyota have built their reputation with Quality products. There is no possible way that Denso can agree to use motors and put our name and customers vehicles at risk".

From the damage condition of rejected parts, we can agree to Mr. Cox's opinion that we cannot exclude possibility of such a hairline crack caused by the accident. Also, we agree Denso's opinion that these parts has to be "re-tested" from a simple performance standpoint along with long-term durability and that it is clear, in view of the value of each rejected parts, such "re-testing" is cost-prohibitive.

After discussing our findings with underwriters it was agreed that Asmo be given authorization to dispose/destroy the suspect cargo with any scrap allowance being deducted from their claim.

On December 15, 2006 we received the following claim from Asmo:

| Container # | Part # | Description | Quantity | Unit Price | Total |
|---|---|---|---|---|---|
| UGMU8062288 | 062040-2131 | PW MOTOR | 252 | $8.78 | $2,212.56 |
| UGMU8062288 | 062107-0020 | PIPE | 4000 | $0.02 | $80.00 |
| UGMU8062288 | 062110-0610 | ARMATURE SUB ASSY | 19500 | $0.83 | $16,185.00 |
| UGMU8062288 | 062110-0990 | ARMATURE SUB ASSY | 11700 | $1.06 | $12,402.00 |
| UGMU8062288 | 062110-1030 | ARMATURE SUB ASSY | 3900 | $1.05 | $4,095.00 |
| UGMU8062288 | 062117-0031 | ARMATURE ASSY | 10000 | $0.36 | $3,600.00 |
| UGMU8062288 | 062252-0010 | RETAINER | 15000 | $0.02 | $300.00 |
| UGMU8062288 | 062258-0020 | COLLAR | 3000 | $0.13 | $390.00 |
| UGMU8062288 | 062414-0020 | SHAFT WORM | 12960 | $0.35 | $4,536.00 |
| UGMU8062288 | 062414-0050 | SHAFT DRIVE | 8640 | $0.04 | $345.60 |
| UGMU8062288 | 062432-0750 | SHAFT DRIVE | 1200 | $0.17 | $204.00 |
| UGMU8062288 | 062482-0080 | ARM, DRIVE | 6000 | $0.01 | $60.00 |
| UGMU8062288 | 110710-0321 | CONTROL ASSY | 936 | $12.10 | $11,325.60 |
| UGMU8062288 | 162000-6861 | POWER SEAT MOTOR | 2304 | $4.93 | $11,358.72 |
| UGMU8062288 | 162000-7050 | POWER SEAT MOTOR | 2160 | $6.69 | $14,450.40 |
| UGMU8062288 | 162110-1290 | ARMATURE SUB ASSY | 2843 | $1.61 | $4,577.23 |
| UGMU8062288 | 162185-0150 | BRUSH SUB ASSY | 4000 | $0.01 | $40.00 |
| UGMU8062288 | 163800-0062 | MOTOR ASSY | 675 | $6.72 | $4,536.00 |
| UGMU8062288 | 194000-0891 | BLOWER MOTOR | 864 | $7.93 | $6,851.52 |
| UGMU8062288 | 194270-9111 | BRUSH | 1200 | $0.34 | $408.00 |
| UGMU8062288 | 262100-2540 | PW MOTOR | 1080 | $6.56 | $7,084.80 |
| UGMU8062288 | 262100-2550 | PW MOTOR | 4680 | $6.56 | $30,700.80 |
| UGMU8062288 | 262100-4070 | MOTOR ASSY | 1200 | $6.57 | $7,884.00 |
| UGMU8062288 | 263607-0390 | SENSOR | 240 | $11.03 | $2,647.20 |

0104

Page ... 4

| | | | | | |
|---|---|---|---|---|---|
| UGMU8062288 | 263607-0400 | SENSOR | 240 | $10.63 | $2,551.20 |
| UGMU8062288 | 272700-0060 | BLOWER MOTOR | 216 | $6.78 | $1,464.48 |
| UGMU8062288 | 272700-0212 | BLOWER MOTOR | 216 | $6.91 | $1,492.56 |
| UGMU8062288 | 272700-0222 | BLOWER MOTOR | 216 | $6.78 | $1,464.48 |
| UGMU8062288 | 272721-0021 | ARMATURE | 1792 | $2.57 | $4,605.44 |
| UGMU8062288 | 272721-5110 | ARMATURE | 770 | $2.35 | $1,809.50 |
| UGMU8062288 | 272772-5000 | BRUSH, CARBON | 13200 | $0.24 | $3,168.00 |
| TRIU5559381 | 062110-0610 | ARMATURE SUB ASSY | 15013 | $0.83 | $12,460.79 |
| TRIU5559381 | 062110-0990 | ARMATURE SUB ASSY | 3420 | $1.06 | $3,625.20 |
| TRIU5559381 | 062110-1030 | ARMATURE SUB ASSY | 3900 | $1.05 | $4,095.00 |
| TRIU5559381 | 062252-0010 | RETAINER | 30000 | $0.02 | $600.00 |
| TRIU5559381 | 062252-0020 | RETAINER | 5000 | $0.03 | $150.00 |
| TRIU5559381 | 062452-0740 | PLATE, COVER | 25920 | $0.01 | $259.20 |
| TRIU5559381 | 062482-0080 | ARM, DRIVE | 12000 | $0.01 | $120.00 |
| TRIU5559381 | 062497-0101 | WASHER | 3200 | $0.04 | $128.00 |
| TRIU5559381 | 110710-0321 | CONTROL ASSY | 264 | $12.10 | $3,194.40 |
| TRIU5559381 | 162000-6861 | POWER SEAT MOTOR | 13824 | $4.93 | $68,152.32 |
| TRIU5559381 | 162000-7050 | POWER SEAT MOTOR | 2100 | $6.69 | $14,049.00 |
| TRIU5559381 | 162000-7130 | POWER SEAT MOTOR | 1080 | $6.95 | $7,506.00 |
| TRIU5559381 | 162141-0690 | YOKE | 7056 | $0.45 | $3,175.20 |
| TRIU5559381 | 194000-0891 | BLOWER MOTOR | 108 | $7.93 | $856.44 |
| TRIU5559381 | 262100-2511 | PW MOTOR | 504 | $7.13 | $3,593.52 |
| TRIU5559381 | 262100-2550 | PW MOTOR | 1706 | $6.56 | $11,191.36 |
| TRIU5559381 | 262100-4070 | MOTOR ASSY | 297 | $6.57 | $1,951.29 |
| TRIU5559381 | 263607-0380 | SENSOR | 960 | $11.03 | $10,586.80 |
| TRIU5559381 | 263607-0390 | SENSOR | 720 | $11.03 | $7,941.60 |
| TRIU5559381 | 263607-0410 | SENSOR | 240 | $10.63 | $2,551.20 |
| TRIU5559381 | 272700-0212 | BLOWER MOTOR | 648 | $6.91 | $4,477.68 |
| TRIU5559381 | 272721-0050 | ARMATURE | 896 | $2.35 | $2,105.60 |
| TRIU5559381 | 272772-0010 | BRUSH, CARBON | 720 | $0.17 | $122.40 |
| | | | | SUBTOTAL | $325,725.09 |
| MISSING PARTS | | | | | |
| | 062107-0020 | PIPE | 4000 | $0.02 | $80.00 |
| | 062110-0610 | ARMATURE SUB ASSY | 587 | $0.83 | $487.21 |
| | 062110-0990 | ARMATURE SUB ASSY | 480 | $1.06 | $508.80 |
| | 062193-0140 | PLATE | 20000 | $0.01 | $200.00 |
| | 062252-0020 | RETAINER | 5000 | $0.03 | $50.00 |
| | 062258-0020 | COLLAR | 3000 | $0.13 | $390.00 |
| | 062260-0020 | SENSOR | 1500 | $1.15 | $1,725.00 |
| | 062418-0140 | COLUMN SUPPORT | 60000 | $0.03 | $1,800.00 |
| | 062418-0220 | COLUMN SUPPORT | 6000 | $0.14 | $840.00 |
| | 062419-0070 | CUSHION RUBBER | 72000 | $0.13 | $9,360.00 |
| | 062432-0750 | SHAFT DRIVE | 1200 | $0.17 | $204.00 |
| | 062476-0010 | COLLAR | 2000 | $0.11 | $220.00 |
| | 062497-0101 | WASHER | 3200 | $0.04 | $128.00 |
| | 110710-0321 | CONTROL ASSY | 48 | $12.10 | $580.80 |
| | 162000-7050 | POWER SEAT MOTOR | 60 | $6.69 | $401.40 |

0105

Page ... 5

| Part # | Description | Qty | Unit Price | Total |
|---|---|---|---|---|
| 162110-1290 | ARMATURE SUB ASSY | 2341 | $1.61 | $3,769.01 |
| 162185-0150 | BRUSH SUB ASSY | 5000 | $0.01 | $500.00 |
| 163800-0062 | MOTOR ASSY | 75 | $6.72 | $504.00 |
| 163800-0211 | MOTOR ASSY | 750 | $6.93 | $5,197.50 |
| 194000-0961 | BLOWER MOTOR | 324 | $7.93 | $2,569.32 |
| 194200-0701 | HOUSING | 3366 | $1.78 | $5,991.48 |
| 194270-9002 | BRUSH | 3600 | $0.03 | $108.00 |
| 194270-9012 | BRUSH | 3600 | $0.03 | $108.00 |
| 194271-9002 | BRUSH | 8000 | $0.28 | $2,240.00 |
| 262100-2550 | PW MOTOR | 1174 | $6.56 | $7,701.44 |
| 262100-4070 | MOTOR ASSY | 303 | $6.57 | $1,990.71 |
| 263606-0160 | SEAL SPONGE, SENSOR | 800 | $0.08 | $64.00 |
| 263606-0210 | SEAL SPONGE | 1000 | $0.07 | $70.00 |
| 263616-0040 | CLIP | 1600 | $0.04 | $64.00 |
| 272721-0050 | ARMATURE | 896 | $2.35 | $2,105.60 |
| 272721-5000 | ARMATURE | 2310 | $2.35 | $5,428.50 |
| 272772-0040 | BRUSH, CARBON | 720 | $0.21 | $151.20 |
| 272772-5000 | BRUSH, CARBON | 4800 | $0.24 | $1,152.00 |
| 909400-4101 | SCREW TAPPING | 5000 | $0.01 | $50.00 |
| 949021-1560 | WASHER RUBBER | 30000 | $0.01 | $300.00 |
| | | | SUBTOTAL | $56,689.97 |
| | | | TOTAL | $382,415.06 |

We agree that all parts listed above are a constructive total loss.

In addition to the above claim for the missing/damaged cargo, the assured has also submitted the following:

| Description | Amount |
|---|---|
| Labor to sort/segregate - 36 hrs @ $17.26/hr. | $ 621.36 |
| Labor to sort/segregate – 30 hrs @ $19.00/hr. | $ 570.00 |
| Storage charge (2 trailers) 7 months @ $100.00 ea/month | $ 1,250.00 |
| X-ray fee (50 motors) | $ 75.00 |
| Freight from NC to Milwaukee | $ 40.28 |
| Sort/segregate for scrapping 26 hrs @ $19.00/hr. | $ 494.00 |
| Sort/segregate for scrapping 48 hrs @ $12.50/hr. | $ 600.00 |
| | $ 3,650.64 |
| Less scrap proceeds | $ 10,777.20 |
| Grand total | $ 375,288.50 |

0106

Page ... 6

It should be noted that container number UGMU8062288 contained 73 master cartons that were found to be damaged and container number TRIU5559381 contained 72 master cartons with damaged cargo.

The above appears to be fair and reasonable based upon the conditions sighted at the time of survey.

The conditions sighted in our opinion were the direct result of the Union Pacific train derailment in Higginson, Arkansas on April 5, 2006.

This report is issued "Without Prejudice" and subject to the terms and conditions of the Policy of Insurance.

T.M. Cargo, Inc.

Bennie Greiner
Marine Surveyor

0107