EXHIBIT 2

Yokoi Decl.



Mitsui Sumitomo Insurance Group
## MSI Claims (USA), Inc.

560 Lexington Avenue, 20th Floor, New York, NY 10022-6828
Phone (212) 446-3640    Facsimile (212) 319-7061

## STATEMENT OF ADJUSTMENT

Date        12/21/2006
File No.    MSI-06-5-2653
Prepared by: Chikara Yokoi

TO:  Mitsui Sumitomo Insurance Co., Ltd.

I/We confirm and agree to the statement of claim hereinafter set forth and further confirm that payment to me/us in accordance therewith shall be considered full and final settlement of my/our claim.

Signature _____     Company _ASMO North Carolina Inc._

Dated _1-3-07_     Title _Director- Administration_

| Assured | ASMO CO. LTD. |
| --- | --- |
| Policy No. | 105-3000283177 |
| Vessel | M/V EVER UNION, Voy. 0204-076E |
| Voyage | Shimizu / Los Angels, CA |
| Description of Goods | 165 Cartons Motors and parts |
| Amount Insured | $511,253.00 |

Description of Damage (Loss) and Calculation

Kind of Casualty:   Bending / Denting
Recovery:           by MSIC
Insured Ref:        Invocie#XBC90391
Amount of Loss:     $422,129.33



RECEIVED

JAN - 3 2007

MSI CLAIMS (USA), INC.
MARINE DIV. AGM

Invoice amount; $455,464.56
Insured amount; $511,253.00 or 112.2486895% of invoice amount

Total invoice amount of parts rejected; $382,415.06 X 112.2486895% = $429,255.89 (1)

Segregation costs; $621.36 + $570 = $1,191.36 (2)
Storage Charges; $1,250.00 (3)
X-ray fee; $75 + $40.28 (freight) = $115.28 (4)
Segregation costs for scrap sale; $1,094.00 (5)

Less scrap proceeds; $10,777.20 (6)

Total amount payable; (1) + (2) + (3) + (4) + (5) - (6) = $422,129.33