# EXHIBIT 12

MAZ. AFF.



Exhibit 12

# EVERGREEN
EVERGREEN MARINE CORPORATION

## SEA WAYBILL
### NON-NEGOTIABLE

**(1) Shipper/Exporter:**
ASMO CO., LTD.
390 UMEDA, KOSAI CITY, SHIZUOKA PREF.
JAPAN (S/C NO. SC20454)

**(5) Document No.:** S6-00390 A

**(6) Export References:**

**(3) Consignee (complete name and address):**
ASMO NORTH CAROLINA, INC.
TEL:704-878-6663 FAX:704-872-9788
ATTN: MR. ISOBE, MR. JEFF SMITH
470 CRAWFORD ROAD, STATESVILLE, NC
28625-8504 USA

**(7) Forwarding Agent-References:**
SUZUYO & CO., LTD.

**(4) Notify Party (complete name and address):**
ASMO NORTH CAROLINA, INC.
TEL:704-878-6663 FAX:704-872-9788
ATTN: MR. ISOBE, MR. JEFF SMITH
470 CRAWFORD ROAD, STATESVILLE, NC
28625-8504 USA

**(8) Point and Country of Origin (for the Merchant's reference only):**

**(9) Also Notify Party (complete name and address):**
UPS SUPPLY CHAIN SOLUTIONS
ATTN: MS. CYNTHIA, MS. AIM
TEL:704-494-8011 FAX:704-494-4766
5400 W. W. T. HARRIS BLVD
CHARLOTTE, NC 28269 USA

SC20454

**(12) Pre-carriage by:**

**(13) Place of Receipt/Date:** SHIMIZU, CY

**(14) Ocean Vessel/Voy. No.:** EVER UNION 0204-076E

**(15) Port of Loading:** SHIMIZU, JAPAN

**(10) Onward Inland Routing/Export Instructions (for the Merchant's reference only):**

**(16) Port of Discharge:** LOS ANGELES, CA

**(17) Place of Delivery:** STATESVILLE, N.C., DOOR — IPI

*Particulars furnished by the Merchant*

| (18) Container No./Seal No. Marks & Nos. | (19) Quantity And Kind of Packages | (20) Description of Goods | (21) Measurement (M3) Gross Weight (KGS) |
|---|---|---|---|
| CONTAINER NO./SEAL NO. TRIU5559381/40'/EMCWJ14149 OGHU8062288/40'/EMCWJ14138 ANC STATESVILLE MADE IN JAPAN | 2 CONTAINERS 165 CARTONS | "SHIPPER'S LOAD AND COUNT" MOTOR & MOTOR PARTS FOR AUTOMOBILE INV. NO. XBC90391 *** WAYBILL *** "FREIGHT COLLECT AS ARRANGED" | 86.240 M3 35,234.000 KGS |

**(23) TOTAL NUMBER OF CONTAINERS OR PACKAGES (IN WORDS):** SAY TWO (2) CONTAINERS ONLY.-

**(24) FREIGHT & CHARGES:**

| | Revenue Tons | Rate | Per | Prepaid | Collect |
|---|---|---|---|---|---|
| O.F. (870000.0000) FCL/DC | 2.000/40' 2.000/40' | USD4,010.00 USD640.00 | | | USD8,020.00 USD1,280.00 USD9,300.00 |

FREIGHT AS ARRANGED

**(25) Waybill No.:** EISU 025643005523

**(26) Service Type/Mode:** FCL/FCL O/D

**(27) Number of Original Waybills:** ZERO (0)

**(28) Place and Date of Issue:** SHIMIZU, JAPAN

**(33) Laden on Board:** RECEIVED MAR 14 2006 EVERGREEN

**(29) Prepaid at:**

**(31) Exchange Rate:** US$1 = JPY¥117.60

**(30) Collect at:** DESTINATION

**(32) Exchange Rate:**

SURUGA SHIPPING CO., LTD.
ORIGINAL SIGNED BY
by B. KAKISHITA
AS AGENTS FOR THE CARRIER EVERGREEN MARINE CORPORATION

(TERMS OF B/L OF LADING ARE CONTINUED ON THE BACK HEREOF AND ENLARGED VERSION OF BACK CLAUSE IS AVAILABLE ON www.evergreen-marine.com)



EXHIBIT 2

Exhibit 2