**EXHIBIT 15**

MAZ. AFF.

```
JOB:JEB0D010       *** BOOKING INFORMATION MAINTAIN (1) ***    DATE: 2007/10/30
                           OB/L CHECK: PRINT E 025643005523 2006/03/14  EB010
FUNCTION: I (A/I/D/U/C)            LAST MODOFY : @SMZ0303   2006/03/03
BOOKING NO. : S6-00390    (PATTERN: _____ ) BOOKING AT SMZS 2006/03/03
                            STATUS: E  SALES IN-CHARGE: KAKISHITA

LINE: USAW  VSL/VOY: UNIQ 0204-076E    (CONNECT _____ AT ____ )
RCV/POL/POD/DLV: JPSMZ / JPSMZ / USLAX / USSTV ( STATESVILLE, N.C.    )
TYPE: E  SVC: 1 O/D   DLVRY TYPE: IPI  OCP POINT: ____  IPI GROUP: LAG

WAYBILL: Y  RECONSOLI __  B/L CLAUSE: ARG   SC (SQ) : C SC20454
A/S CODE: ____    B/L ISSUE: SMZS  PAYABLE AT SMZS

  TYPE      A/C CODE            N    A    M    E         TEL / IN-CHARGE
  SHPR:    41531            ASMO CO., LTD.              _____
           FAX<SEC: ____   FLAG: _           FAX NO: _____
  P. P. :  _____                               _____

  FWDR:    _____   SUZUYO CO. LTD.             _____
           FAX<SEC: ____   FLAG: _           FAX NO: _____
F3-EXIT  F7-PREV  F8-NEXT  F12-EB020
NXX0002-INQUIRY OK !
```

Exhibit 15

```
JOB:JEB0D020         *** BOOKING INFORMATION MAINTAIN (2) ***    DATE: 2007/10/30
                       OB/L CHECK: PRINT E 025643006523 2006/03/14  ER020
FUNCTION  I ( A/I/D/U )              LAST MODIFY : @SMZ0303    03/03/2006
BOOKING NO.: S6-00390    STATUS: F  SALES IN-CHARGE: KAKISHITA
LINE: USAW VSL/VOY: UNIO 0204-076E   (CNCT VSL/VOY:                  AT         )
4P: JPSMZ/JPSMZ/USLAX/USSTV SVC: 1 O/D  DLVY TYPE: IPI  SC(SQ)NO.: C SC20454
 (LCL) GROSS WEIGHT (KGS) :_____        MEASUREMENT (CBM) :_____
 (FCL) CONTAINER PICK-UP AT: SMZS
         SZ-TP-QTY-----REMARK---           SZ-TP-QTY-----REMARK---
     (1) 40 SD  2  _____          (2) __ __ ___ _____
     (3) __ __ ___ _____          (4) __ __ ___ _____
     ITEM NO.                 C O M M O D I T Y
     870000.0000   AUTOMOBILES, BUS, AND TRUCK PARTS
                                                    1$=JP¥ 120.00 2006/03/13
OP SEQ CHARGE    ITEM NBR       REVENUE    CUR      RATE     S T SPC  3RD  P X D
   10  O.F.     870000.0000      2,000 4SD USD    4,010.00   1 C  ___       _ _ _
   20  FCL/DC   _____      2,000 4SD USD      640.00   1 C  ___       _ _ _
   __  _____   _____      _____ ___ ___    _____   _ _  ___       _ _ _
   __  _____   _____      _____ ___ ___    _____   _ _  ___       _ _ _
   __  _____   _____      _____ ___ ___    _____   _ _  ___       _ _ _ +
F3=EXIT   F7=PREV   F8=NEXT   F9=FORCE   F12=BB030   F13=RE-CAL
NXX0002-INQUIRY OK !
```

```
JOB:JEB0D030         *** BOOKING INFORMATION MAINTAIN (3) ***   DATE: 2007/10/30
                     OB/L CHECK: PRINT E 025643005523 2006/03/14  EB030
FUNCTION: 1 (A/I/D/U)            LAST MODOFY : @SMZ0303    2006/03/03
BOOKING NO. : S6-00390    STATUS: F  SALES IN-CHARGE: KAKISHITA
LINE: USAW VSL/VOY: UNIO 0204-076E    (CNCT VSL/VOY:                    AT        )
4P: JPSMZ/JPSMZ/USLAX/USSTV SVC: 1 O/D  DLVY TYPE: IPI SC(SQ)NO. : C SC20454

                            R E M A R K
         O/F INCL CAF/THC/ACC/CUC
         NOT APPLICABLE BAC/PSS/SCMC


CARGO REMARKS:
    HOT DLVLY: _
    SPCL STOW: _
    ODM CARGO: _    DEAD SPACE: _
    REF CARGO: _    SET TEMP : _____    PRE-COOL: _  VENT OPEN: __ %
    D/G CARGO: _    IMO CLASS : _____  UN NBR : _____
FOR NVOCC ONLY:
    SCAC CODE: ____    PRE-ASSIGN B/L NO. :
F3-EXIT  F7-PREV  F8-NEXT  F12-EB010
NXX0002-INQUIRY OK !
```