# EXHIBIT 16

MAZ. AFF.

**CHAIRMAN AND FOUNDER OF EVERGREEN GROUP**
**Dr. Y.F. CHANG**



Evergreen Marine Corporation was established on September 1, 1968. Although it started with just a secondhand general cargo vessel providing a "go anywhere" service, Evergreen was intent on building up a business which would provide its customers with scheduled marine transportation services.

Consequently, less than one year after its foundation, Evergreen introduced its first liner service on the then relatively neglected Far East-Middle East trade route. Subsequently, other regular liner services were successfully established over a relatively short period of time.

Recognizing the new trends in liner shipping, Evergreen launched its first full container service in 1975, sailing from the Far East to the US East Coast. The inauguration of this venture was achieved successfully despite an oil crisis hitting the world economy and, in turn, the liner shipping industry. Following its first move into container transport, Evergreen systematically containerized all of its major liner routes in preparation for its planned Round-the-World full container service.

In July 1984, Evergreen initiated a two-way Round-the-World container service. With highly efficient container vessels and global operations controlled by a well-developed computer network, this unique service provided shippers with a very efficient transportation system and made a major contribution to the development of trade worldwide for 18 years.

Times change though and Evergreen has moved with them. Today, demand patterns are changing and so Evergreen needs to rationalize schedules so as to continue to provide customers with the best possible service. This prompted Evergreen to terminate its Round-the-World service in 2002, replacing it with "pendulum services".

Elsewhere too, Evergreen has adopted a policy whereby, in order to serve its customers more efficiently, it has continuously expanded its trading routes and operated its services with the introduction of new systems and concepts. For example, Evergreen has developed its feeder and inland transportation networks to connect with mother vessels in the various ports, the company serves. In this way, it provides links with markets both large and small, along the coastline and far inland. Door-to-door transportation has become the natural expectation of Evergreen customers.

Today, Evergreen provides liner services throughout Asia, the Middle East, Europe, the Americas, Australia/Africa and the Mediterranean. Yet, despite being one of the world's largest ocean carriers, it operates in an independent style that affords maximum flexibility to adjust its operations. This policy enables it to be highly responsive to customer needs. In a world of fast-changing market conditions, we know our customers need and appreciate this.

Evergreen is committed to maintaining its traditional philosophy of serving world trade by providing the best transport services possible. By so doing, it is certain to play an even more important role in the world of commerce.

Dr. Y.F. CHANG
CHAIRMAN AND FOUNDER OF
EVERGREEN GROUP

---

1984年，長榮海運開闢了美東與歐洲間之東西雙向環球航線，配合先進的電腦資訊系統，提供客戶便捷正確之貨運資訊，廣為業界與客戶所支持。隨著時代與客戶需求之改變，長榮海運環球航線已於2002年以二條鐘擺式航線取代了經營十八年的東西雙向環球航線。

在穩定成長的長榮，不會滿足於目前的成績，不斷謀求進步、擴展客戶服務範圍和產品品質、創新，以提供貨主更方便及多樣化的產品。今長榮提供了遍達全球主要港口的航線網、內陸貨櫃運送、與主要軸心港之串接以及支援沿海/內陸運送，使我們的客戶享受門至門之運送服務，以提高其貨主在競爭中，妥善運用最佳的運籌。

1975年，正當能源危機衝擊著經濟之時，長榮毅然決然推出全貨櫃定期船/美國東岸航線，以穩定自身於全球貨櫃運送之地位，為日後一連串於全十五年對外貿易奠定穩固基礎。

長榮集團創辦人暨總裁
張榮發 敬筆