Barry N. Gutterman, Esq. (BG6410)
Robert Briere Esq. (RB6080)
Barry N. Gutterman & Associates, P.C.
Attorneys for Defendants
Union Pacific Railroad Company
and Evergreen Marine Corporation
60 East 42nd Street, 46th Floor
New York, New York 10165
(212) 983-1466

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/7/08

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

MITSUI SUMITOMO INSURANCE CO., LTD.

                    Plaintiffs

v.

EVERGREEN MARINE CORPORATION and UNION PACIFIC RAILROAD COMPANY

                    Defendants.

ECF Case

07 CV 3874
(Judge McMahon)

## REVISED MOTION SCHEDULING ORDER

Pursuant to the request from counsel for the defendants, with consent of plaintiff's counsel, the Court hereby orders that:

1. Defendants' opposition to plaintiff's motion for partial summary judgment and defendants' cross-motion for summary judgment is due on March 7, 2008;

2. Plaintiff's reply to defendants' opposition to plaintiff's motion for partial summary judgment and plaintiff's opposition to defendants' cross-motion is due on March 26, 2008; and

3. Defendants' reply to plaintiff's opposition to defendants' cross-motion is due on April 4, 2008.

Dated: February 7, 2008
       New York, New York

So Ordered:

_____
Honorable Colleen McMahon
U.S. District Judge