David L. Mazaroli (DM-3929)
Attorney for Plaintiff
11 Park Place – Suite 1214
New York, NY 10007-2801
Tel. (212)267-8480
Fax. (212)732-7352

----------------------------------------------------------------x
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

| | | |
|---|---|---|
| MITSUI SUMITOMO INSURANCE CO. LTD. | : | ECF CASE |
| Plaintiff, | : | 07 Civ. 3874 (CM) |
| - against - | : | |
| EVERGREEN MARINE CORPORATION; UNION PACIFIC RAILROAD COMPANY; | : | |
| | : | |
| Defendants. | | |

----------------------------------------------------------------x

### REPLY AFFIDAVIT OF DAVID L. MAZAROLI IN FURTHER SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND IN OPPOSITION TO DEFENDANTS' CROSS-MOTION

STATE OF NEW YORK     )
                      ) ss:
COUNTY OF NEW YORK    )

David L. Mazaroli, being duly sworn, deposes and says:

1. I am an attorney admitted to practice before this Honorable Court and the attorney of record for plaintiff Mitsui Sumitomo Insurance Co. Ltd. ("Mitsui"). As such I am familiar with the facts, pleadings and procedural history of this litigation.

2. This affidavit is respectfully submitted in further support of plaintiff's motion for partial summary judgment and in opposition to the cross motion for partial summary judgment filed by defendants Union Pacific Railroad Company ("UP") and Evergreen Marine Corporation ("Evergreen").

Reply Affidavit of David L. Mazaroli
07 Civ 3874(CM)
Signature and Execution Page

3. The purpose of this affidavit is to present copies of the below-referenced exhibits which are referred to in plaintiff's reply and opposition memorandum of law and plaintiff's response to defendants' Rule 56.1 statement. The exhibits follow in numerical order the sixteen exhibits submitted with my affidavit sworn to on February 4, 2008.

5. Annexed hereto as **Exhibit 17** is printout of an excerpt from the Port of Los Angeles internet website which discusses the on-dock railyard operated by Evergreen America Corp. (http://www.portoflosangeles.org/facilities_Rail.htm)

6. Annexed hereto as **Exhibit 18** is a printout of an excerpt from Evergreen's internet website discussing its intermodal rail interchange terminal at the Port of Tacoma. (http://64.233.169.104/search?q=cache:7ExcrdNcm8sJ:www.evergreen-marine.com/tuf1/jsp/TUF1_Html.jsp%3Fpage%3DTBN1_050128.htm+evergreen+marine+on-dock+rail&hl=en&ct=clnk&cd=3&gl=us)

David L. Mazaroli

Sworn to before me this
26 day of March 2008

Notary Public

JOEL BRAZILLER
Notary Public, State of New York
No. 02BR4653562
Qualified in Kings County
Commission Expires November 30, 20_09

2