# EXHIBIT 17

**http://www.portoflosangeles.org/facilities_Rail.htm**

**EXCERPT**

### Terminal Island Container Transfer Facility (TICTF)/ Evergreen/NYK On-Dock Railyard

The 162-acre (66-hectare) container terminal operated by Evergreen America Corp. and the 185-acre (75-hectare) container terminal operated by Yusen Terminals Inc. [a subsidiary of Nippon Yusen Kaisha (NYK) Line] on Terminal Island comprise two the busiest cargo complexes at the Port. When both shipping lines expressed the desire for dedicated on-dock rail service, the Port initiated the design and construction of the $15 million Terminal Island Container Transfer Facility (TICTF). Engineered and constructed by the Port with great foresight, TICTF opened in May 1997 with partial operating capacity to expedite on-dock rail transfer capability.

Utilized by both Evergreen and NYK, the customer service features of TICTF include:

- Four loading railtracks, each approximately 2300 feet (701 meters) long, and capable of handling a total of 28 five-platform doublestack railcars

- Five adjacent storage railtracks, each approximately 2300 feet (701 meters) long, and capable of handling a total of 35 five-platform doublestack railcars

- Dedicated arrival railtrack with a 28 five-platform railcar capacity

- Dedicated departure railtrack with a 28 five-platform railcar capacity

- Dedicated railtrack to facilitate switching between loading and storage railtracks

- Derail operation for heightened safety

- Compressed-air system to charge railcar brakes

Exhibit 17