EXHIBIT 18

Case 1:07-cv-03874-CM-HBP   Document 35-3   Filed 03/26/2008   Page 1 of 3

EVERGREEN MARINE CORP.

This is Google's cache of http://www.evergreen-marine.com/tuf1/jsp/TUF1_Html.jsp?page=TBN1_050128.htm as retrieved on Mar 17, 2008 08:21:56 GMT.

Google's cache is the snapshot that we took of the page as we crawled the web. The page may have changed since that time. Click here for the current page without highlighting.
This cached page may reference images which are no longer available. Click here for the cached text only.
To link to or bookmark this page, use the following url: http://www.google.com/search?q=cache:7ExcrdNcm8sJ:www.evergreen-marine.com/tuf1/jsp/TUF1_Html.jsp%3Fpage%3DTBN1_050128.htm+%22evergreen+marine%22+rail+carrier&hl=en&ct=clnk&cd=1&gl=us

Google is neither affiliated with the authors of this page nor responsible for its content.

These search terms have been highlighted: **evergreen marine rail carrier**

## EVERGREEN MARINE CORP.

Shipping Schedules | Tariff | B/L Access | Cargo Tracking | eThoma Services | ePayment | Registration | Contact Us | Login

Site Map | FAQs | Contact Us | Login

Issued on 28 JAN 2005

### Evergreen opens new state-of-the-art terminal at Port of Tacoma

**Evergreen Marine** Corp has officially opened the new state-of-the-art Pierce County Container Terminal at the Port of Tacoma, launching a new period of expansion for the Taiwan-based global ocean shipping group that this year celebrates 30 years of serving the United States. The milestone was celebrated at an opening ceremony at the port on 28 January 2005, attended by Evergreen executives and Washington State officials,

The new facility constitutes the largest single container terminal north of Los Angeles and will handle 1.2 million TEU annually for **Evergreen Marine** Corp, Lloyd Triestino di Navigazione Spa and Hatsu Marine Limited - all members of the Evergreen Group.

Commenting on the development, Capt S Y Kuo, Vice Chairman of the Evergreen Group, said:

"Three years ago we told the port of Tacoma what we needed to make the Pacific Northwest a major North America gateway. They met our expectations and worked with us to develop this superior facility."

"Our shipping customers in North America, many of the world's most important brand names, deserve the most reliable intermodal shipping services. This new terminal in Tacoma highlights our continued commitment to service excellence as the importance of efficient intermodal infrastructure in the United States has never been higher."

The new 171-acre facility, designed for straddle **carrier** operation with on-dock **rail**, is the largest such facility

Exhibit 18

EVERGREEN MARINE CORP.

north of Southern California. It will be expanded to more than 300 acres later. The terminal is being developed in two phases. Phase 1 has been completed with 140 acres of terminal and berthing area, plus 31 acres of intermodal **rail** interchange area ready for operation.

The terminal has 2,260 feet of combined berth length along two preferential linear berths capable of handling two of the world's largest container ships simultaneously. Five post-Panamax cranes are available to work vessels supported by a 12-track intermodal **rail** yard with capacity for 72 double-stack **rail** cars. Total annual capacity for the terminal is 840,000TEU.

Phase II will add 53 terminal acres and 13 **rail** yard acres, bring total annual capacity to 1.2 million TEU.

"With this, the largest construction project in the Port of Tacoma's 85-year history, Evergreen has made it clear that we will be partners in the future of this port," said Executive Director of Port of Tacoma, Timothy J. Farrell. "This project helps our port become a new intermodal gateway to America. We are grateful for the economic development and job growth this brings to the South Puget Sound region."

**About Evergreen and the Port of Tacoma**

Taiwan-based **Evergreen Marine Corp.**, one of the largest ocean container carriers in the world, offers shippers a wide variety of options to move containerised cargo from point to point via an all-water service to and from all coasts of North America and the rest of the world, or via double-stack and conventional **rail** services.

As a major North American gateway to Asia and Alaska, the Port of Tacoma's stated mission is to create sound regional economic growth through maritime commerce and related development.

Established in 1918, the port today ranks among the largest containerised cargo handlers in the nation, moving more than 1.44 million TEU in 2002.

Other major freight categories include automobiles; bulk cargoes such as grain; forest products; breakbulk; and project/heavy lift cargoes, such as military equipment and industrial machinery. This all contributes to US $471 million in annual wages in Pierce County while generating more than US$77 million each year in state and local taxes.

In North America, Evergreen vessels and its slot-charter partners on various services call directly at major ports. For more information, visit the Evergreen website at www.evergreen-america.com.

For more information, visit the Port of Tacoma on the Internet at www.portoftacoma.com.

« back

Legal Terms of Use, Copyright and Privacy and Security Statement for **Evergreen Marine Corp. (Taiwan) Ltd. Website.**

Copyright© 1999-2008, All Rights Reserved by **Evergreen Marine Corp. (Taiwan) Ltd.**

Best viewed in 1024 x 768 only using IE 5.x or higher

http://209.85.165.104/search?q=cache:7ExcrtNcm8sJ:www.evergreen-m....htm+%22evergreen+marine%22+rail+carrier&hl=en&ct=clnk&cd=18gl=us (2 of 2) [3/22/2008 6:46:16 AM]