LAW OFFICES
# DAVID L. MAZAROLI
11 PARK PLACE
NEW YORK, NY 10007
E-mail: dlm@mazarolilaw.com
Telephone (212)267-8480
Telefax (212)732-7352

June 19, 2008

**TELEFAX: (212)805-6326**

Honorable Colleen McMahon
United States District Judge
United States Courthouse
500 Pearl Street, Room 640
New York, New York 10007

        Re:    Mitsui Sumitomo Insurance Co. Ltd.
               v. Evergreen Marine Corporation, et al.
               07 Civ. 3874 (CM)
               Our File: 7MSI-1491

Dear Judge McMahon:

        As attorney for plaintiff I write to inform the Court that on June 10, 2008 the Honorable Leonard B. Sand issued a decision which discusses a threshold issue relevant to the pending summary judgment motions. I respectfully request permission to submit, without argument or comment, a copy of the decision issued by Judge Sand. The Court's attention is appreciated.

                                                                         Respectfully

                                                                         David L. Mazaroli

**MEMO ENDORSED**

6/20/08
Already have it

DLM/jcf

    cc:    Barry N. Gutterman & Associates, P.C.
            Attn.: Barry N. Gutterman, Esq. (Your File: UP-2718)
            (Telefax: (212)983-1229)

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/20/08