# BARRY N. GUTTERMAN & ASSOCIATES, P.C.
ATTORNEYS AT LAW
THE LINCOLN BUILDING
60 EAST 42ND STREET, 46th FLOOR
NEW YORK, NEW YORK 10165
(212) 983-1466
FAX (212) 983-1229
e-mail: bngasoc@aol.com

California Office:
12520 Magnolia Blvd., Suite 206
Valley Village, California 91607-2336

New Jersey Office:
33 Philhower Road
Lebanon, New Jersey 08833-4537

August 22, 2008

**VIA FACSIMILE (212) 805-6326**

Honorable Colleen McMahon
United States District Judge
United States Courthouse
500 Pearl Street, Room 640
New York, New York 10007

**MEMO ENDORSED**

Re: Mitsui Sumitomo Insurance Company, Ltd.
v. Union Pacific and Evergreen Marine Corp.
S.D.N.Y. 07 CIV. 3874 (CM)
Our File: UP-2718

Dear Judge McMahon:

As attorney for defendants Union Pacific Railroad Company and Evergreen Marine Corporation, I write to inform the Court that on August 19, 2008 the Honorable Judge Alvin Hellerstein issued a decision which discusses a threshold issue relevant to the pending summary judgment motions. I respectfully request permission to submit, without argument or comment, a copy of the decision. The Court's attention is appreciated.

Respectfully submitted,

Barry N. Gutterman

BNG/jh

cc: David L. Mazaroli, Esq.
via Fax: (212) 732-7352
your file 7MSI-1491
Attorneys for Plaintiff

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/2/08